





**124** — Connecting...

Fri, Dec 27

Bank Name: Bank of America
Bank Routing: ▮
Account Name: Highitmes Holding Corp
Hightimes Holdimg Corp 10990 Wilshire Blvd
Los Angeles, CA 90024
Account Number: ▮
Swift Code : ▮
1:13 AM

Bank Name: Bank of America
Bank Routing: ▮
Account Name: Hightimes Holding Corp
Hightimes Holdimg Corp 10990 Wilshire Blvd
Los Angeles, CA 90024
Account Number: ▮
Swift Code : ▮
1:15 AM

$307.5k for 420.com   1:15 AM

Please confirm   1:15 AM

Yes   1:15 AM

Thanks   1:15 AM

Confirmed   1:15 AM

On way.   1:15 AM

That was easy enough, eh?   1:16 AM

**< 124** — Connecting...

> On way. 1:15 AM
> That was easy enough, eh? 1:16 AM

Because I have you a steal 1:16 AM

Eh 1:16 AM

> You know the exact right person who has a risk tolerance for crazy shit like this 1:17 AM
> And enough cash to support that craziness 1:17 AM

You'll do well on it 1:17 AM

No doubt 1:17 AM

And love knowing that 1:17 AM

> Thanks Adam 1:18 AM
> I'm stoked - biggest domain I've bought in awhile 1:18 AM

Great 1:18 AM

We never developed it but thinks it's a steal 1:18 AM

I have two firms who were going to pay 1mm 1:19 AM

And just haven't pulled the trigger 1:19 AM

I'll introduce you to them 1:19 AM

< 124   Connecting...

**I'll introduce you to them** 1:19 AM

**Thanks dude** 1:20 AM

**Lmk when it's sent and how you'd like to transfer** 1:27 AM

**Wire Enroute** 1:46 AM

**Once received I'll send it over, cool ???** 1:46 AM

**Of course** 1:46 AM

**Happy to sign an agreement or anything you need** 1:46 AM

**Not worried abt it** 1:46 AM

**K** 1:46 AM

**Thx again** 1:46 AM

**Thx to you too** 1:49 AM

**Wire should hit Monday** 8:20 PM

**K** 8:26 PM

Sat, Dec 28

**Looks like domain is at NSI** 11:27 A

**Network Solutions** 11:30 AM

**You able to login to that account easily?**

**< 124**    Connecting...

> You able to login to that account easily?
> 12:38 PM

I can figure it out  12:38 PM

I have all the login s  12:38 PM

↳ Missed voice call at 1:06 PM

I'm traveling today but will figure out when back tonight/ tomorrow  1:07 PM

I'm having a board call to approve transaction as well  1:07 PM

I'll need a contract as well  1:07 PM

As we're a public company  1:07 PM

I'll have a simple agreement done  1:07 PM

**Sun, Dec 29**

> All good to go with resolutions?
> 2:13 PM

> Board approval etc  2:13 PM

Yes They pushed till tomorrow but have all drafted ;)  2:13 PM

I'll send you small contract  2:14 PM

Today  2:14 PM

Doesn't need to be signed just need for board meeting  2:14 PM

Who should be buyer ??



**124** — Connecting...

Doesn't need to be signed just need for board meeting  2:14 PM

Who should be buyer ??  2:14 PM

Is there any way we can make the contract purchase agreement date 1/1/20, as long as the wire hits Monday?  2:30 PM

No problem  2:47 PM

Even kTer  2:47 PM

Even later  2:47 PM

Whatever works  2:47 PM

Thanks, so you have to publicly disclose buyer/amount?  2:48 PM

Or anyway to keep confidential?  2:48 PM

Nope  2:48 PM

Cool  2:48 PM

Just make purchase agreement with Merlin Kauffman then  2:49 PM

Missed voice call at 2:49 PM

Ok  2:49 PM

Actually for PA, use name: Trellian Pty Ltd

< 124    Connecting...

> Actually for PA, use name: Trellian Pty Ltd  4:03 PM

> Since it is wiring Perry  4:03 PM

> Lol *wiring party  4:03 PM

Gotcha  6:02 PM

Mon, Dec 30

> Did wire hit?  12:02 PM

I'll confirm with my cfo   He's not in for a few  12:04 PM

> Sounds good  12:04 PM

> Any luck?  2:25 PM

> Hey, one other minor detail to socialize during board vote — pls buzz me ASAP thanks  6:15 PM

Missed voice call at 6:15 PM

> Lost you  6:17 PM

> You were saying you're going to have your lawyer draft it?  6:17 PM

Missed voice call at 11:53 PM

Call me when you get a chance  11:54 PM

Tuesday





**124** — Connecting...

> Lawyer is just coming back from vacation — 6:24 PM

Would my pa be helpful? — 6:24 PM

> Sure — 6:34 PM

PA coming your way — 6:51 PM
Shortly — 6:51 PM

420-agreement
3 pages · 17 KB · docx — 9:29 PM

> Thx — 9:29 PM

You're welcome, I think it's pretty good and straight forward. — 9:37 PM

**Yesterday**

Hey dude, where we at? Any need for redline in agreement? — 2:36 PM

> Send back if any today — 2:40 PM

**Today**

I'm guessing no changes to PA since I didn't hear anything back from you yesterday? — 2:20 PM

Can we get this fully executed and domain transferred today? — 2:21 PM

