# RETURN OF SERVICE

| | |
|---|---|
| **State of:** Florida | **Court:** UNITED STATES DISTRICT COURT for thefor the Middle District of Florida |
| **County of:** | **Court Case #:** 3:20-cv-00017 |
| | **Court Date:** |
| | **Issued Date:** 1/8/2020 |
| **Plaintiff** MERLIN KAUFFMAN, an individual | **Our Case #:** A2065-58 |
| | **Client's ref #:** |
| **Defendant** TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company | |

**For:**
Darren Spielman, Esq.
Kain Spielman, P.A.
900 S.E. 3rd Ave. Suite 205
Fort Lauderdale, FL 33316

Received by Counter Intelligence Services on the 10th day of January, 2020 to be served on **HIGH TIMES HOLDING CORPORATION c/o URS Agents, LLC -**, located at 614 N Dupont Hwy, Suite 210 Dover 19901.

I, Phillip Johnson, duty sworn, declare that on the 10th day of January 2020 at 4:30 PM, I **SERVED** the within named corporation by delivering this paper of process **SUMMONS IN A CIVIL ACTION** and leaving a copy with Leslie Pope as Administrative Assistant and informed same of the contents within.

Description: White, 190 lbs., blonde, glasses, grey t shirt, jeans.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_Phillip Johnson_
Phillip Johnson
Lic#:
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_Deidra Smith_
NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me on 10th day of January 2020

✓ Personally Known
☐ Provided ID _____

Copyright © 2006 - 2020, Virtual Case Management, LLC

DEIDRA SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 07/09/2020