# AFFIDAVIT OF ATTEMPTED SERVICE

**UNITED STATES DISTRICT COURT / MIDDLE DISTRICT OF FLORIDA**

Case No. 3:20-cv-00017

MERLIN KAUFFMAN, an individual,

    Plaintiff,

-against-

TRANS HIGH CORPORATION,
a New York company, AT ANO,

    Defendants.

---

**State Of New York, County of New York SS:**
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the 10th day of JANUARY 2020 at: 4:15 PM

Deponent attempted served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET**

At: **419 PARK AVENUE SOUTH, 16th FLOOR, NEW YORK, NEW YORK 10016**

Upon:   **TRANS HIGH CORPORATION**

    <u>**NON-SERVICE**</u>

After a diligent attempt, deponent was unable to deliver the above-mentioned documents to **TRANS HIGH CORPORATION**. The entity moved out of the provided location a few years ago.

Subscribed and sworn to before
me this 17th day of JANUARY 2020

ASHLEY KOU
Notary Public - State of New York
NO. 01OU6284113
Qualified in New York County
My Commission Expires Jun 17, 2021

JOLANTYNA CAGNEY #206-9396

C/O COUNTER INTELLIGENCE SERVICES
9 SW 13TH STREET, SECOND FL.
FT. LAUDERDALE, FL. 33315
TEL (800)7577393

| Attorney or Party without Attorney:<br>Darren Spielman<br>Kain Spielman, P.A.<br>900 SE 3rd Ave., Suite 205<br>Fort Lauderdale, FL 33316<br>TELEPHONE No.: (954) 768-9002<br>Attorney for: Plaintiff | E-MAIL ADDRESS (Optional): dspielman@complexip.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|---|
| | Ref No. or File No.: A2065-58 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

Plaintiff: Merlin Kauffman, an individual

Defendant: Trans High Corporation, a New York company and High Times Holding Corporation, a Delaware company

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:20-cv-00017 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Trans High Corporation**

Documents: Summons In A Civil Action; Complaint; Civil Cover Sheet; Exhibit 'A'; Exhibit 'B'; Case Management Report; Certificate of Interested Persons and Corporate Disclosure Statement;; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge;

| Date | Time | Results |
|---|---|---|
| 1/16/2020 | 2:44 PM | I approached the security guard & spoke to the guard supervisor (black, female, brown eyes, brown hair 5'6", 165lbs, late 50s) on site. She told me that CKR Law Group moved their office before the new year. The 14th floor is completely vacant. - Bonita Haller |
| | Location: | 1800 Century Park East, 14th Floor, Los Angeles, CA 90067 |

Fee for Service:
County: **Los Angeles**
Registration No.: **2018029861**
**Counter Intelligence Services**
**9 SW 13th Street, Second Floor**
**Ft. Lauderdale, FL 33315**
**(954) 764-7393**
Ref: A2065-58

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2020.

Signature: _Bonita Haller_
**Bonita Haller**

**NON SERVICE REPORT**

Order#: A17055

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Darren Spielman<br>Kain Spielman, P.A.<br>900 SE 3rd Ave., Suite 205  Fort Lauderdale, FL 33316<br>TELEPHONE NO.: (954) 768-9002 | FAX NO.  | E-MAIL ADDRESS (Optional): dspielman@complexip.com<br>ATTORNEY FOR (Name): Plaintiff: | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , FL
BRANCH NAME: MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

PLAINTIFF/PETITIONER: Merlin Kauffman, an individual
DEFENDANT/RESPONDENT: Trans High Corporation, a New York company and High Times Holding Corporation, a Delaware company

CASE NUMBER: 3:20-cv-00017

**DECLARATION OF DILIGENCE**

Ref. No. or File No.: A2065-58

I, Bonita Haller , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Trans High Corporation as follows:
Documents:
Summons In A Civil Action; Complaint; Civil Cover Sheet; Exhibit 'A'; Exhibit 'B'; Case Management Report; Certificate of Interested Persons and Corporate Disclosure Statement;; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 1/14/2020 | 10:36 AM | Business | Spoke with Jane Doe (white female, white/gray hair, blue eyes, 5'6", 160lbs, 40's) and she told me that High Times Holding Corp. moved out within the last week. Prime Media is still at this location. She never heard of Trans High Corp. - Bonita Haller<br>10990 Wilshire Blvd., Penthouse, Los Angeles, CA 90024 |

Fee for Service:
County: **Los Angeles**
Registration No.: **2018029861**
**Counter Intelligence Services**
**9 SW 13th Street, Second Floor**
**Ft. Lauderdale, FL 33315**
**(954) 764-7393**
Ref: A2065-58

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 14, 2020.

Signature: *Bonita Haller*
**Bonita Haller**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: A17013