UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

       Plaintiff,

v.                                                     CASE NO.  3:20-cv-17-J-34JBT

TRANS HIGH CORPORATION,
etc., et al.,

       Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Clerk's Default as to Defendant High Times Holding Corporation ("Motion") (Doc. 14).  For the reasons set forth herein, the Motion is due to be **DENIED without prejudice**.

In the Motion, Plaintiff asserts that entry of default against Defendant High Times Holding Corporation ("Defendant") is proper under Federal Rule of Civil Procedure 55(a) because Defendant was served on January 10, 2020 and has not responded to the Complaint.  (*Id.* at 1.)  However, upon review of the Motion and the Return of Service ("Return") (Doc. 7), the Court cannot determine whether service was properly perfected.

According to the Return, an "Administrative Assistant" for Defendant's Registered Agent, URS Agents, LLC, was served with a "Summons in a Civil Action" on January 10, 2020.  (*Id.*)  However, there is no indication in the Return

that a copy of the Complaint (**Doc. 1**) was also served as required by Federal Rule of Civil Procedure 4(c)(1). Additionally, Plaintiff fails to explain in the Motion how service on the "Administrative Assistant" is sufficient under Federal Rule of Civil Procedure 4(h)(1)(B), Florida law, or Delaware law. *See* Fed. R. Civ. P. 4(h)(1)(A).

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 14**) is **DENIED without prejudice**.

2. If Plaintiff believes that service was properly perfected, he shall file an amended affidavit from the process server and a new motion that cure the deficiencies set forth herein **on or before April 14, 2020**.

3. If Plaintiff determines that service was not properly perfected, he shall file a motion for extension of time to serve Defendant(s) **on or before April 14, 2020**.[1]

**DONE AND ORDERED** at Jacksonville, Florida, on March 24, 2020.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] The deadline for Plaintiff to perfect service on all Defendants is currently April 7, 2020. *See* Fed. R. Civ. P. 4(m).