# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| MERLIN KAUFFMAN, and individual | VS | TRANS HIGH CORPORATION, ET AL. | 3:20-CV-00017-MMH-JBT |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GRANVILLE MORRIS being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 05/18/2020

**Service:** I served HIGH TIMES HOLDINGS CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; CIVIL COVER SHEET

by leaving with LESLIE POPE — MANAGING AGENT AND AUTHORIZED PERSON TO RECEIVE SERVICE OF PROCESS AT REGISTERED AGENT At
NAME   RELATIONSHIP

☐ Residence
ADDRESS   CITY / STATE

☒ Business C/O URS AGENTS, LLC, 614 N. DUPONT HIGHWAY, SUITE 210, DOVER, DE 19901
ADDRESS   CITY / STATE

On 05/18/2020 AT 1:45 PM
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME   DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME   DATE TIME   DATE TIME

AGE 45   Sex FEMALE   Race WHITE   Height 5'5   Weight 150   HAIR BROWN

SIGNATURE OF PROCESS SERVER
GRANVILLE MORRIS
1960

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 18TH day of MAY, 2020.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS