1
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO: 3:20-cv-17-J-34JBT

MERLIN KAUFFMAN, an individual

    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company

    Defendant.

_____/

## **PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff MERLIN KAUFFMAN (herein "KAUFFMAN"), hereby moves the Court to permit the withdrawal of the law firm KAIN SPIELMAN, P.A. as counsel for the Plaintiff, and substitute the law firm of CONCEPT LAW GROUP, P.A., as new counsel for Plaintiff, as there has been a merger of the law firms. The undersigned attorneys represent that Plaintiff is fully aware and completely concurs with the withdrawal and substitution of this counsel appearing herein. Attorneys of record, ROBERT C. KAIN JR., Esq. and DARREN SPIELMAN, Esq., remain active in this case and continue to represent Plaintiff herein, under a new law firm.

The new address and contact data for attorneys of record ROBERT C. KAIN JR., Esq. and DARREN SPIELMAN, Esq. follow:

        Robert C. Kain, Jr.
        Fla. Bar No. 266760
        Rkain@ConceptLaw.com
        Darren Spielman

2
Fla. Bar. No. 0010868
Dspielman@ConceptLaw.com
Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
fax: 754-300-1501

WHEREFORE, Plaintiff moves the Court to permit the withdrawal and the substitution of counsel for Plaintiff.

May 29, 2020         Respectfully Submitted:

*/s/Darren Spielman*
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@ConceptLaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@ConceptLaw.com
The Concept Law Group, P.A.
Fort Lauderdale, Florida 33309
Telephone:   (754) 300-1500
Facsimile:   (754) 300-1501
Counsel for Plaintiff