**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MERLIN KAUFFMAN,

    Plaintiff,

vs.                                                      Case No. 3:20-cv-17-J-34JBT

TRANS HIGH CORPORATION,
and HIGH TIMES HOLDING
CORPORATION,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte.  On June 10, 2020, the Court received the attached letter via the undersigned's chambers email account from Michael Kapin, an attorney that represents Defendants.  The letter violates Rule 3.01(f), Local Rules, United States District Court, Middle District of Florida, which provides, in pertinent part, that applications for relief, "unless invited or directed by the presiding judge, shall not be addressed or presented to the Court in the form of a letter or the like."  Accordingly, it is

**ORDERED**:

The Court will take no action on the letter.  Should Defendants seek relief from the Court, they must file an appropriate motion.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of June, 2020.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

-2-

ja

Copies to:

Counsel of Record

Michael J. Kapin, Esq.
1133 Broadway, Suite 1001
New York, NY 10010