**KAPIN PLLC**

1133 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10010

MICHAEL J. KAPIN *+

TELEPHONE 212.513.0500
FACSIMILE 866.575.5019

\* PROFESSIONAL CORPORATION
+ ADMITTED IN CALIFORNIA
  AND NEW YORK

June 10, 2020

**VIA EMAIL ONLY (Chambers_FLMD_Howard@flmd.uscourts.gov)**
Honorable District Judge Marcia Morales Howard
Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

**VIA EMAIL ONLY (Chambers_FLMD_Toomey@flmd.uscourts.gov)**
Honorable Magistrate Judge Joel B. Toomey
Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

      Re:    Kauffman v. Trans High Corporation and High Times Corporation
             Case No. 3:20-cv-00017-MMH-JBT

Dear Judges Howard and Toomey:

      My office is local counsel to Defendants Trans-High Corporation and Hightimes Holding Corp. (incorrectly named in the Complaint as "High Times Holding Corporation"). I handle general legal matters for Defendants and am active litigation counsel in New York and California where I am licensed to practice law[1].

      I was forwarded a copy of the Complaint in this action recently and am working on obtaining local Florida counsel to handle this matter on Defendants' behalf[2]. This has been made more difficult by the COVID-19 pandemic. Specifically, my office, which is located in New York City, is still under a partial shutdown order issued by New York State Governor Andrew Cuomo (See *New York Executive Order No. 202.40*, which extends Covid-19 shutdowns until July 9, 2020). My clients are located in the State of California, County of Los Angeles, where similar restrictions have been implemented, and I believe have just recently been lifted.

      I spoke with Plaintiff's counsel, Mr. Darren Joel Spielman earlier today, to seek an extension of time for my client's to hire local counsel. Mr. Spielman advised that Trans-High Corporation had not yet been served but that "High Times Holding Corporation" had been served, and was in default. I requested that, given the circumstances, Plaintiff agree to vacate any default and permit Defendants to proceed on the merits. I further offered to accept service on behalf of

---

[1] I am not licensed to practice law in the State of Florida.
[2] Plaintiff's counsel has notified me that Defendant "High Times Holding Corporation's" time to respond to the Complaint expired on June 8, 2020. While I received the Complaint a few days before this deadline, my office inadvertently calendared the answer due date for today, June 10, 2020.

Honorable District Judge Marcia Morales Howard
Honorable Magistrate Judge Joel B. Toomey
June 10, 2020
Page Two

Trans-High Corporation if Plaintiff would be willing to vacate any default of Hightimes Holding Corp. in answering the Complaint.  Plaintiff's counsel refused promising to file a motion to enter default tomorrow.

      A review of the proof of service filed by Plaintiff shows that it is defective on its face.  Plaintiff purports to have served "High Times Holding<u>s</u> Corporation" which doesn't even precisely match the name of the party in its pleading.  Attached herein as **Exhibit A** is a copy of Plaintiff's proof of service.  There is no entity named "High Times Holding Corporation" or "High Times Holding<u>s</u> Corporation."  My client is "Hightimes Holding Corp."  Attached herein as **Exhibit B** is a copy of the Delaware "Entity Details" listing for "Hightimes Holding Corp." which is a publicly available record and confirms my client's proper name.  This should be grounds for this Court denying any request for entry of default as Plaintiff purportedly served a nonexistent entity.

      Kindly allow this correspondence to serve as Hightimes Holding Corp.'s letter motion request that it be permitted to appear in the action by local Florida counsel, to be appointed, and that its time to answer or move against the Complaint be extended to Friday, July 10, 2020, *nunc pro tunc*.

      I have made this request for a thirty (30) day timeline to appear by local Florida counsel and respond to the Complaint to Plaintiff's counsel who has rejected such a request.  This is Defendants' **first request** for any such relief.  Defendants wish to proceed with this matter on the merits.

      If you have any questions, please do not hesitate to contact our office. Thank you for your courtesy and attention to this matter.

                                    **KAPIN PLLC**

                              Michael J. Kapin, Esq.

# Exhibit A

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| MERLIN KAUFFMAN, and individual | VS | TRANS HIGH CORPORATION, ET AL. | 3:20-CV-00017-MMH-JBT |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GRANVILLE MORRIS being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 05/18/2020

**Service:** I served HIGH TIMES HOLDINGS CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; CIVIL COVER SHEET

by leaving with LESLIE POPE — MANAGING AGENT AND AUTHORIZED PERSON TO RECEIVE SERVICE OF PROCESS AT REGISTERED AGENT At
NAME / RELATIONSHIP

☐ Residence
ADDRESS / CITY / STATE

☒ Business C/O URS AGENTS, LLC, 614 N. DUPONT HIGHWAY, SUITE 210, DOVER, DE 19901
ADDRESS / CITY / STATE

On 05/18/2020 AT 1:45 PM
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other

**Service Attempts:** Service was attempted on: (1)___ DATE TIME (2)___ DATE TIME
(3)___ DATE TIME (4)___ DATE TIME (5)___ DATE TIME

AGE 45  Sex FEMALE  Race WHITE  Height 5'5  Weight 150  HAIR BROWN

SIGNATURE OF PROCESS SERVER
GRANVILLE MORRIS
1960

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 18TH day of MAY, 2020.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Exhibit B

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6236834 | Incorporation Date / Formation Date: | 12/2/2016 (mm/dd/yyyy) |
| Entity Name: | HIGHTIMES HOLDING CORP. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | URS AGENTS, LLC | | |
| Address: | 614 N DUPONT HWY SUITE 210 | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov