**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MERLIN KAUFFMAN,

    Plaintiff,

vs.                                                             Case No. 3:20-cv-17-J-34JBT

TRANS HIGH CORPORATION,
and HIGH TIMES HOLDING
CORPORATION,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **October 5, 2020**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of September, 2020.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties