**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**MERLIN KAUFFMAN,**

    Plaintiff,

v.                                      Case No.   3:20-cv-17-J-34JBT

**TRANS HIGH CORPORATION,**
etc., el al.,

    Defendants.

---

| **Counsel for Plaintiff** | Darren Joel Spielman, Esquire |

| **Counsel for Defendants,** | Michael J. Kapin, Esquire |
| Trans High Corporation, etc., et al | Samuel M. Sheldon, Esquire |

---

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 10/21/2020<br>10:04 a.m. – 10:19 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | None present |

### CLERK'S MINUTES

PROCEEDINGS:        PRELIMINARY PRETRIAL CONFERENCE

Attorneys are present via Zoom videoconference.

Positions of counsel as to issues raised in the case management report.

**Case Management and Scheduling Order to enter**.