

Mike Kapin <mikekapin@gmail.com>

## Re: Kauffman v. THC - Defendants' Discovery Demands

**Mike Kapin** <mikekapin@gmail.com>  Tue, Jan 19, 2021 at 9:41 AM
To: Darren Spielman <dspielman@conceptlaw.com>
Cc: Colin Ferriter <cferriter@kapinlaw.com>, Joanna Lubczanska <jlubczanska@conceptlaw.com>, Darren Spielman <dspielman@conceptlaw.com>

Darren,

That's fine.

Best,

Mike

On Tue, Jan 19, 2021 at 8:52 AM Darren Spielman <dspielman@conceptlaw.com> wrote:

> Colin and Mike:
>
> With the continued challenges of COVID and the mix of the holidays in between, we write to seek a brief extension of time to respond to the discovery requests for an additional 14 days up through Feb 5. Please let me know if you this is acceptable.
>
>
>
> DARREN SPIELMAN
>
> THE CONCEPT LAW GROUP, P.A.
>
> AN INTELLECTUAL PROPERTY LAW FIRM
>
> 6400 NORTH ANDREWS AVENUE, SUITE 500
>
> FORT LAUDERDALE, FLORIDA 33309
>
> OFFICE:     (754) 300-1500
>
> DIRECT:     (754) 300-1457
>
> FAX:            (754) 300-1501
>
> WWW.CONCEPTLAW.COM
>
> DSPIELMAN@CONCEPTLAW.COM
>
>
> **NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** Colin Ferriter <cferriter@kapinlaw.com>
**Sent:** Tuesday, December 22, 2020 1:21 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Mike Kapin <mikekapin@gmail.com>; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Robert Kain <rkain@conceptlaw.com>
**Subject:** Re: Kauffman v. THC - Defendants' Discovery Demands

Mr. Spielman,

Attached please find Defendants' First Set of Interrogatories, Requests for Production and Requests for Admission. As always if you have any questions, please feel free to contact our office.

Best regards,

Colin Ferriter

--

Colin P. Ferriter

Paralegal

LAW OFFICES OF MICHAEL J. KAPIN

1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

--
_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com OR BY TELEPHONE AT 1-212-513-0500. THANK YOU.