# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO: 3:20-cv-17-J-34JBT

MERLIN KAUFFMAN, an individual

    Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF RULE 30(B)(6) DEPOSITION OF DEFENDANT TRANS HIGH CORPORATION

PLEASE THAT NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff, Merlin Kauffman ("Plaintiff"), will take the deposition upon oral examination of **Defendant Trans High Corporation** ("Defendant"), on **March 15, 2021 at 3:00 p.m. (EST) via Zoom (instructions will be provided prior to the deposition)**, with regard to the subject matters set forth in *Schedule "A."* **If not completed on this day, the deposition will continue on March 18, 2021 at 11:00 a.m. (EST) until completed.** Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant has a duty to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths. Plaintiff expressly reserves the right to have the deposition recorded by video and/or stenographic means. This

**The Concept Law Group, P.A.**       6400 N. Andrews Ave., Suite 500
Patents | Copyrights | Trademarks       Fort Lauderdale, Florida 33309

P a g e | **1**

deposition shall be taken for all purposes authorized by law and specifically, for use in evidence at trial.

**Dated: February 25, 2021.**

Respectfully Submitted,

/s/Darren Spielman
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
fax: 754-300-1501
*Counsel for Plaintiff*

# SCHEDULE "A"

(1) Registration, maintenance, and use of the domain www.420.com including any development or operation of website(s) located at the domain.
(2) Agreements and/or contracts, including any modifications thereof, between Defendant any third party in the last 5 years to purchase or sell any domain names owned or controlled by Defendant.
(3) The relationship between Defendant and High Times Holding Corporation.
(4) Identification of the Officers and Directors of Defendant
(5) Authority of the Board of Directors and individuals Board Members to act on behalf of or to bind the Defendant, including but not limited to any bylaws and shareholder agreements.
(6) Contract approvals signed by Officers or Board of Directors members for the past three (3) years.
(7) SEC Filings on behalf of Defendant over the past three (3) years, including those identified in Plaintiff's discovery document production.
(8) Annual corporate reports filed with any state that Defendant is incorporated in
(9) The structure, timing and methodology of Board of Directors meetings, including meeting minutes and communications (including email, text, video calls and phone calls) with board members.
(10) The wiring of funds from Plaintiff to Defendant, including the current status of those funds.
(11) The Contract (identified in the Complaint) between the parties regarding the sale of the domain www.420.com.
(12) Document retention policies of Defendant
(13) Any and all revenues, profits, or sales in connection with any goods or services for the past five years in connection with the domain www.420.com.
(14) The "strategic buyer" and the "two firms who were going to pay 1mm" referenced in Exhibit B of the Complaint and identified in the communications from Adam Levin and Merlin Kauffman.
(15) Defendant's computer networks and electronically stored information
(16) The accuracy and completeness of Defendant's substantive discovery responses in this matter.

**The Concept Law Group, P.A.**  6400 N. Andrews Ave., Suite 500
Patents | Copyrights | Trademarks  Fort Lauderdale, Florida 33309

P a g e | 3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2021, that the foregoing document is being served this day on all counsel of record identified below on the Service List via email.

By: /s/*Darren Spielman*
Darren Spielman

Michael J. Kapin (pro hac vice)
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
mikekapin@gmail.com

THE BEHAR LAW FIRM, P.A.
*Attorneys for Defendants*
3323 N.E. 163rd Street, Suite 402
North Miami Beach, FL 33160
Tel: (786) 735-3300
Fax: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com