**EXHIBIT "C"**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO: 3:20-cv-17-J-34JBT

MERLIN KAUFFMAN, an individual

    Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company

    Defendants.

_____/

### **PLAINTIFF'S NOTICE OF DEPOSITION OF STORMY SIMON**

PLEASE THAT NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff, Merlin Kauffman ("Plaintiff"), will take the deposition upon oral examination of **Stormy Simon**, on **March 12, 2021 at 11:00 a.m. (EST) via Zoom (instructions will be provided prior to the deposition).** The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths. Plaintiff expressly reserves the right to have the deposition recorded by video and/or stenographic means. This deposition shall be taken for all purposes authorized by law and specifically, for use in evidence at trial, and will continue from day to day until completed.

    **Dated: February 25, 2021.**

| | |
|---|---|
| **The Concept Law Group, P.A.**<br>Patents ǀ Copyrights ǀ Trademarks | 6400 N. Andrews Ave., Suite 500<br>Fort Lauderdale, Florida 33309 |

Respectfully Submitted,

/s/Darren Spielman
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
fax: 754-300-1501
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2021, that the foregoing document is being served this day on all counsel of record identified below on the Service List via email.

By:   /s/*Darren Spielman*
       Darren Spielman

Michael J. Kapin (pro hac vice)
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
mikekapin@gmail.com


THE BEHAR LAW FIRM, P.A.
*Attorneys for Defendants*
3323 N.E. 163rd Street, Suite 402
North Miami Beach, FL 33160
Tel: (786) 735-3300
Fax: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com

**The Concept Law Group, P.A.**           6400 N. Andrews Ave., Suite 500
Patents | Copyrights | Trademarks         Fort Lauderdale, Florida 33309

P a g e | 2