EXHIBIT "A"

| From: | sms@beharlegal.com |
|---|---|
| To: | Darren Spielman |
| Cc: | Joanna Lubczanska; Mike Kapin |
| Subject: | RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al |
| Date: | Wednesday, March 17, 2021 2:56:37 PM |

Darren,

I have yet to confirm that my client even knows Ms. Simon's current whereabouts. As you know, my client's obligation and ability to update its prior discovery responses is limited to the extent that it actually has new information. In the meantime, no one is stopping you from attempting to locate and serve Ms. Simon, which is plaintiff's responsibility as the one who is seeking to depose this non-party witness.

As for serving my firm with a subpoena for Ms. Simon, we don't represent her, and serving my office would not be effective service even if we did represent her. So any such subpoena will disregarded by me for the reasons stated. Don't waste your time.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Wednesday, March 17, 2021 2:39 PM
**To:** sms@beharlegal.com
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Sam:
Your emails below make it clear that you have two different corporate representatives for the defendants based upon an unknown breakdown of topics. Your clients have been dilatory in getting Mr. Ehrlich rescheduled and thus we need to compel and extend the time period to do discovery. Regarding Ms. Simon, all contact remains through Defendants counsel as you have still not given us that information. You have had apparent knowledge that she was no longer on the board since at least March 9, and yet we are forced to make all scheduling and coordination through your office without the aid of updated initial disclosures or contact information for Ms. Simon. We will serve your firm today with an updated subpoena for Ms. Simon, and will seek a short extension of the discovery period as it relates to her deposition. You already do not oppose that extension of time. It appears as though you oppose the motion to compel.

DARREN SPIELMAN
THE CONCEPT LAW GROUP, P.A.
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE: (754) 300-1500

Direct:     (754) 300-1457
Fax:        (754) 300-1501
www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Wednesday, March 17, 2021 2:30 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Good afternoon Darren,

Shortly after our call, Mr. Levin emailed me that he will have confirmation today regarding these scheduling issues.

As for whether Defendants oppose your proposed motion, there is a big difference between a motion to compel and a motion for an extension. I do not oppose an extension of time to conduct these depositions. I do oppose any motion for any order compelling anyone's appearance. Specifically, I have already confirmed that Mr. Levin will appear for deposition on March 25/26 as Defendants' Rule 30(b)(6) corporate representative. I have also advised you that Stormy Simon is no longer on the board of either Defendant, and would not be subject to deposition on notice even if she were. So with respect to Ms. Simon, you haven't explained to me what it is you would be moving to compel. I can't tell you that I agree to or oppose your proposed motion without knowing what relief you are requesting.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Wednesday, March 17, 2021 2:19 PM
**To:** sms@beharlegal.com
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Sam:
During our call earlier this morning, in an attempt to meet and confer again on this discovery matter, you noted that you still have no response from your client regarding Mr. Ehrlich nor Ms. Simon's

rescheduling of depositions. As noted we will be moving the Court to compel your clients. Throughout the email chain below you have indicated your agreement to such extension, but we want to make sure our motion is characterized appropriately (either unopposed or agreed). Please advise.

Darren Spielman
**The Concept Law Group, P.A.**
An Intellectual Property Law Firm
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Office:   (754) 300-1500
Direct:   (754) 300-1457
Fax:       (754) 300-1501
www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Monday, March 15, 2021 1:16 PM
**To:** sms@beharlegal.com
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Your clients have been aware of these depositions for a few weeks now, and given the time period in the discovery we cannot delay. We will not allow your client's delay, combined with our willingness to reschedule, to serve as a reason that this will not be properly reset in the discovery period. We need a resolution of this by the close of business today regarding (1) rescheduling the 30(b)(6) portions that Mr. Ehrlich will cover and the date(s) of his availability and (2) Ms. Simon's availability. We note again that you have still not provided any contact information for her, and therefore we remain beholden to communications and scheduling through your office only. We reiterate that if she refuses to appear, and we are forced to issue a subpoena, we will raise this entire sequence appropriately with Magistrate Judge Toomey.

Darren Spielman
**The Concept Law Group, P.A.**
An Intellectual Property Law Firm
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309

Office:     (754) 300-1500
Direct:     (754) 300-1457
Fax:        (754) 300-1501

www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Monday, March 15, 2021 11:10 AM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Good morning Darren,

I am waiting to hear from my clients regarding these. I will advise as soon as possible.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Monday, March 15, 2021 8:48 AM
**To:** sms@beharlegal.com
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al
**Importance:** High

Sam:
Please advise as to Mr. Ehrlich and Ms. Simon. These need to be rescheduled.

Darren Spielman
**The Concept Law Group, P.A.**
An Intellectual Property Law Firm
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Office:     (754) 300-1500
Direct:     (754) 300-1457
Fax:        (754) 300-1501

www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Darren Spielman
**Sent:** Friday, March 12, 2021 9:28 AM
**To:** sms@beharlegal.com
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Based upon your promise to cooperate with the reschedule these depositions, we agree that they can all be rescheduled. We do not agree to a modification of the scheduling order and again direct you to the Judge's prior Order regarding this concept.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
**AN INTELLECTUAL PROPERTY LAW FIRM**
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:   (754) 300-1500
DIRECT:   (754) 300-1457
FAX:        (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Thursday, March 11, 2021 7:14 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** Re: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Darren:

Confirmed we will produce Adam Levin individually and as corporate rep for both entities and thus no subpoena will be needed for him.

Confirmed you will have my cooperation and flexibility with scheduling Justin Ehrlich's deposition.

Confirmed that if, for whatever reason, the deposition of Stormy Simon cannot be conducted between now and 3/31, I will join in and agree to relief from the scheduling order so that deposition can be conducted.

Perhaps you will agree to some modification of the scheduling order (like extending discovery but keeping all other dates the same)?

My impression from your email below is that, subject to these conditions, you are not expecting me or the witnesses to appear for deposition tomorrow. Please confirm.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Thursday, March 11, 2021 6:11 PM
**To:** sms@beharlegal.com <sms@beharlegal.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com <np@beharlegal.com>; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Sam:
Depos of your clients:
This will confirm that we will take the depositions of Adam Levin, individually and as 30(b)(6) witness for both entities and Justin Ehrlich as 30(b)(6) witness for both entities regarding different areas of inquiry that you can provide in advance. Regarding dates, I have a commitment to be a presenter on a panel on the 25th from 2:30 pm EST through 4:00 pm. So we could conduct some parts of the deposition(s) during the morning and early afternoon, but would need to continue to the 26 (which I can make arrangements to clear the 26th completely for). I don't know if the witnesses are on EST, so we can work that out. Based on your explanation below, and from our meet and confer call yesterday, we confirm that a subpoena will not be required for Mr. Levin individually and that re-notices will be sufficient. Until we get the available dates from Mr. Elrich, it creates further challenges on scheduling. Again, I am ok with rescheduling as long as we can get appropriate cooperation and flexiblilty on available dates. Your client has had notice of these corp depos since February 25.

Regarding Ms. Simon: Her changed status of no longer being a board member is something we can address at the depositions. Logistically, we have still not been provided any of her contact information to attempt to serve her with a subpoena. We are still stuck with your initial disclosures that all contact must flow through counsel. I appreciate that your office is attempting to get her cooperation, but want to make clear that if additional delays occur, and we are unable to schedule her for deposition during the discovery period we will seek relief from the Magistrate Judge. As a result, we ask that urgency get placed on this portion of discovery scheduling.

Regarding your settlement discussion portion we will send you a separate email to keep these communications segregated in the event this information must be presented to the court for a motion to compel.

Darren Spielman
**The Concept Law Group, P.A.**
An Intellectual Property Law Firm
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Office:    (754) 300-1500
Direct:    (754) 300-1457
Fax:        (754) 300-1501
www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Thursday, March 11, 2021 4:55 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** Re: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Good afternoon Darren,

The corporate witnesses will be Adam Levin and Justin Ehrlich.

Because the areas of inquiry are identical, it does not make sense to have the same witness testify twice (once for each defendant entity) on the same subjects.

My client will advise shortly which witness will cover which area of inquiry, but I am envisioning:

Adam Levin, individually and as 30(b)(6) witness for both entities regarding areas of inquiry n through x

Justin Ehrlich as 30(b)(6) witness for both entities regarding areas of inquiry y through z

Adam Levin is available on 3/25 and 3/26. I will advise regarding Justin's availability as soon as possible.

The client has confirmed that Stormy Simon is no longer on either of the boards, and is inquiring whether she will appear voluntarily without a subpoena and when she will be available.

Please confirm that you will continue tomorrow's depos to later in the month.



Please advise.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Wednesday, March 10, 2021 1:27 PM
**To:** sms@beharlegal.com <sms@beharlegal.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com <np@beharlegal.com>; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

I know I could make 17,19, and 22 work, but unsure about 25, 26. The 23rd is not available for me.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE: (754) 300-1500
DIRECT: (754) 300-1457
FAX: (754) 300-1501
WWW.CONCEPTLAW.COM

DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Wednesday, March 10, 2021 12:47 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Hi Darren,

I have reached out to my client about what we discussed and am waiting for a response.

In the meantime, the only open days I have between now and the 3/31 discovery deadline are: 3/17, 3/19, 3/22, 3/23, 3/25, and 3/26. I have yet to be told which, if any, of these dates work for the deponents.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Wednesday, March 10, 2021 10:36 AM
**To:** sms@beharlegal.com
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Sam:
This summarizes our call this morning to resolve the discovery matters. (1) You will review the 30(b)(6) notices and determine the appropriate person(s) for those depos. (2) We are willing to reschedule all of the depositions within the discovery period, subject to you providing us with your dates of availability. (3) We disagree that a subpoena is or was required for the board members listed on the initial disclosures and in the discovery responses which are still very recent. (4) You indicated a willingness to avoid having to serve a subpoena to Mr. Levin, and that we can simply work on rescheduling. As noted during the call and previously in an email, if Mr. Levin is a 30(b)(6) deponent then we are willing to cancel his deposition and have it jointly. (5) Since the initial disclosures note that all communications should flow through counsel to the listed witnesses, we are unable to serve a subpoena directly to any of them. You indicated that you are unsure whether Ms.

Simon is part of the Board of Directors and therefore believe that a subpoena is appropriate. We are willing to revise the notice and issue a subpoena instead, but your client must provide contact information for Ms. Simon as soon as possible so that we can get her served. Your clients never updated their initial disclosures that Ms. Simon is no longer a member of the board of directors, nor that she is no longer under the direction of or part of the control group of both companies. (6) You intend on filing your motion to extend the case deadlines and we oppose the motion.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:    (754) 300-1500
DIRECT:    (754) 300-1457
FAX:         (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Tuesday, March 9, 2021 5:35 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** Re: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Darren,

If you didn't serve a subpoena on Ms. Simon, she isn't appearing. The only witnesses affiliated with the defendant who you can depose on notice are 30(b)(6) reps. The fact that Simon was identified in initial disclosures is irrelevant.

Like I said, I understand Simon isn't on the board anymore, so I wouldn't be able to produce her even if that were required, which it isn't.

I will propose new dates for 30(b)(6) reps. When do you intend to serve subpoenas on the individual witnesses you are proposing to depose?

Thanks,
Sam

Sent from my iPhone

On Mar 9, 2021, at 5:27 PM, Darren Spielman <dspielman@conceptlaw.com> wrote:

Sam:

Stormy Simon is not a 30(b)(6) depo. You were provided a proper notice of deposition for her. The 30(b)(6) depositions are separately scheduled and noticed. Your client in October identified Ms. Simon as a witness and made her contact information unavailable, instead listing counsel as the contact means. Your clients' Interrogatory responses confirm her as a member of the board of directors for both companies.

As noted in my email below, I am willing to work with you on rescheduling depositions <u>within the discovery period only</u>. Instead of chasing dates, please let me know your availability. Please note, that we intend on beginning with Ms. Simon, followed by the 30(b)(6) for each entity and then (if Mr. Levin is not the corp rep) him personally as well. Please prepare your proposed dates accordingly.

DARREN SPIELMAN
THE CONCEPT LAW GROUP, P.A.
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:   (754) 300-1500
DIRECT:   (754) 300-1457
FAX:        (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Tuesday, March 9, 2021 4:56 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Darren,

I am not prepared to be attending depositions on Friday. I am being given less than 3 days' notice and have other commitments on my calendar.

In addition, I don't see where you ever served a subpoena on Stormy Simon. Even if Simon were still on my client's board (which may not be the case), you don't get to select who from my entity clients appears for deposition. Rather, as you know, Rule 30(b)(6) allows you to designate areas of inquiry and then I SELECT WHO APPEARS.

So the Simon deposition is not going forward on Friday in any event. As a professional courtesy, I am requesting that you email me new proposed dates for these depositions.

As for the proposed motion, I will advise the court that we have conferred and that you oppose the motion for the reasons set forth in your email below.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Tuesday, March 9, 2021 4:43 PM
**To:** sms@beharlegal.com; Mike Kapin <mikekapin@gmail.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com; Joanna Lubczanska <jlubczanska@conceptlaw.com>; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Sam:
We strongly oppose a 60 day extension of the deadlines. As I noted in my earlier email, this is a relatively straight forward single count case for breach of contract. You and your partner have been copied on all pleadings and discovery. Importantly, as you affirmed in the motion for pro hac vice "Mr. Kapin designates Howard R. Behar, Esq. and Samuel M. Sheldon, Esq., both associated with The Behar Law Firm, P.A., located at 3323 NE 163rd St., Suite 402, N. Miami Beach, FL 33160, as the attorneys and law firm upon whom all notices and papers pertaining to this case may be served and who will be responsible for the progress of this case." (emphasis added) DE 31. To date, Defendants have responded to discovery and produced a total of 24 pages of discovery responses (which you were copied on). Plaintiff has produced a total of 354 pages of documents, the bulk of which reflect public SEC filings of your own clients (which you were copied on). We simply cannot see how or why a 60 day extension of all the case deadlines is necessary or appropriate. To the contrary it is prejudicial to my client as your clients continue to hold both the $307,500.00 in funds and the domain at issue in this case. Your proposed motion admits that Defendants counsel has been diligent in discovery and otherwise. To date, there is no known disputes over the document production from either party. There are no outstanding discovery requests. As a result, you have not shown good cause. If there was a reasonable specific conflict in your schedule, we would be willing to explore accommodating you and working on rescheduling the depositions during the discovery period. Otherwise, we will proceed

with the depositions as scheduled. My staff will send you the zoom links shortly.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
**AN INTELLECTUAL PROPERTY LAW FIRM**
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:    (754) 300-1500
DIRECT:    (754) 300-1457
FAX:         (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Tuesday, March 9, 2021 4:24 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; np@beharlegal.com
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Hello again Darren,

I have drafted and intend to file the attached motion. Please advise as to Plaintiff's position re same.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Tuesday, March 9, 2021 8:23 AM
**To:** Mike Kapin <mikekapin@gmail.com>
**Cc:** Howard Behar <hrb@beharlegal.com>; sms@beharlegal.com; np@beharlegal.com
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al
**Importance:** High

Counsel:
We did not receive a response to the email below. Given the depositions are scheduled

for Friday, there are moving pieces that need to be resolved.

Darren Spielman
**The Concept Law Group, P.A.**
An Intellectual Property Law Firm
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Office:  (754) 300-1500
Direct:  (754) 300-1457
Fax:      (754) 300-1501
www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Sunday, March 7, 2021 9:40 AM
**To:** Mike Kapin <mikekapin@gmail.com>
**Cc:** hrb@beharlegal.com; sms@beharlegal.com; np@beharlegal.com; Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Mike:
We understand and would not object to your withdrawal as counsel on this matter. However, your email does not provide sufficient clarity for us to provide you with an agreement on rescheduling depositions. Your local counsel has been privy to the pleadings and discovery throughout this matter, and is copied herein. When will you know who is taking over this matter? Our concern is that this transition is occurring near the end of the discovery period (specifically March 31) and dispositive motions are due by April 30. We are unclear if the Court will entertain an extension of these deadlines. In fact, the Court's Order specifically addresses our concerns: "The parties should be aware that a stipulation to the continuance of discovery anticipates no discovery disputes. Therefore, this Court will not hear discovery disputes arising during the stipulated continuance. The parties are further advised that any extension of discovery will not result in an extension of the dispositive motion filing deadline or other pretrial or trial dates except upon order of the Court." (Dkt 47).

Even with an express agreement to extend the discovery, we are left with depositions that will occur after the original discovery period. As a result, Plaintiff is situated with an inability to raise any discovery disputes based upon your client's deposition testimony, including any post deposition supplementation of discovery responses.

Moreover, the Court's Order shows its general unwillingness to extend the dispositive motion deadline, which further prejudices Plaintiff. If Mr. Sheldon is going to take over the matter, the ramp up time is minimal at best. We can work with Mr. Sheldon on his calendar for rescheduling purposes within the discovery time period, and allowing for the time periods to raise discovery concerns as outlined above. If your clients obtain new counsel, we believe the case is relatively straight forward with a very reasonable amount of documents and information, such that a short amount of time is needed to get up to speed. In any circumstance, we would request that you immediately put forth a motion to the Court informing the Court of this change so that we can have certainty over scheduling and deadlines in the Court's schedule.

\*\*Note: Kain Spielman, P.A. (ComplexIP.com) has merged with The Concept Law Group,P.A.  Please update our information as shown below.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:   (754) 300-1500
DIRECT:   (754) 300-1457
FAX:        (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Mike Kapin <mikekapin@gmail.com>
**Sent:** Friday, March 5, 2021 9:20 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** 3:20-cv-00017-MMH-JBT Kauffman v. Trans High Corporation et al

Darren,

I am transitioning off this case.  It will either end up solely with local counsel or Defendants will be bringing in new trial counsel.  Depositions will need to be put out for a few weeks.  This is a result of the above, as well as general delays caused by COVID-19.  Kindly advise if you have any objections to rescheduling the depositions.  It may also be necessary to reach out to the Court to seek revised deadlines.  Thanks.

Best,

Mike

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.