UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KAUFFMAN**

      **Plaintiff(s),**

v.                                                    Case No. 3:20-cv-17-J-34JBT

**TRANS HIGH CORPORATION, et ano**

      **Defendant(s).**
_____

### MICHAEL J. KAPIN, ESQ.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Michael J. Kapin, Esq., admitted *pro hac vice* to this Court, and co-counsel to Defendants, hereby moves, pursuant to Local Rule 2.02 of this Court, for an Order permitting Michael J. Kapin, Esq. to withdraw his representation of the Defendants in this action, and in support states:

1. On or about July 13, 2020, Michael J. Kapin, Esq. was admitted, *pro hac vice*, to this Court to represent all Defendants in this case.

2. In compliance with Local Rule 2.02(c)(1)(A) and (B), Defendants consent to Michael J. Kapin, Esq.'s request to withdraw as counsel.

3. This application will not result in Defendants proceeding pro se.

Defendants are currently represented by co-counsel The Behar Law Firm, P.A.

4. Both parties currently have pending motions that would affect scheduling deadlines in this case.

5. Other than as set forth in Defendants' March 10, 2021 Motion, Michael J. Kapin Esq.'s withdrawal as counsel will not cause any undue delay in these proceedings.

6. Michael J. Kapin, Esq. reasonably believes this withdrawal will not cause undue prejudice to any party.

## Local Rule 3.01(g) Certification

7. On March 18, 2021, Michael J. Kapin, Esq. conferred with Plaintiff's counsel, Darren Spielman, who stated:

> We would never presume to force any attorney to be on a case, and for that reason we remain unopposed to your request to withdraw. However, we oppose and reject your statements in paragraphs 5-6 of your motion and would request you revise your certification statement to reflect our objection for that language.

    KAPIN PLLC

March 18, 2021    /s/ Michael J. Kapin
    Michael J. Kapin, Esq.
    *Admitted Pro Hac Vice*
    1133 Broadway, Suite 1001
    New York, New York 10010
    (212) 513-0500
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on March 18, 2021, that the foregoing document is being filed via ECF and served this day on all counsel of record identified below on the Service List via email.

By: */s/Michael J. Kapin*
Michael J. Kapin

Concept Law Group, P.A.
Suite 500
6400 N. Andrews Ave.,
Ft Lauderdale, FL 33309
754/300-1500
Fax: 754/300-1501
rkain@complexip.com
dspielman@complexip.com


The Behar Law Firm, PA
Suite 402 3323 N.E. 163rd Street
North Miami Beach, FL 33160
786/735-3300
Fax: 786/735-3307
Email: hrb@beharlegal.com
Email: sms@beharlegal.com