UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                CASE NO.  3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Depositions and for Extension of Discovery Deadline Exclusively Limited to the Depositions ("Motion") (Doc. 49) and Defendants' Response thereto (Doc. 52). In the Motion, Plaintiff seeks an order compelling the deposition of one of two corporate representatives initially designated by Defendants to cover different topics. (Doc. 49.) Plaintiff also seeks an order compelling Defendants to amend their discovery responses to provide contact information for a prior board member Plaintiff wishes to depose. (*Id.*)

In the Response, Defendants argue that because the one corporate representative who was deposed covered all of the deposition topics, there is no need for another representative to be deposed. (Doc. 52.) Defendants also state that the prior board member has now been deposed. (*Id.*) Thus, it

appears that the Motion may be moot.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 49**) is **TAKEN UNDER ADVISEMENT**.

2. The parties shall confer regarding the issues raised in the Motion and, if any issues remain in dispute, shall file a joint notice **on or before April 12, 2021** identifying those issues and briefly stating each side's position.  If no notice is filed, the Court will assume no issues remain in dispute and the Motion will be denied as moot.

**DONE AND ORDERED** in Jacksonville, Florida, on April 5, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record