UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                          CASE NO.   3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Modify Scheduling Order ("Motion to Modify") (Doc. 48), Plaintiff's Response thereto (Doc. 50), and Michael J. Kapin, Esq.'s Motion to Withdraw as Counsel for Defendants ("Motion to Withdraw") (Doc. 51). For the reasons set forth herein, both Motions are due to be **GRANTED**.

Defendants request a 60-day extension of all remaining deadlines in the Case Management and Scheduling Order ("CMSO") (Doc. 47) because their lead counsel, Mr. Kapin, is seeking to withdraw. (Doc. 48.) Defendants argue that the extension is necessary to give their local counsel time to take over the case and to take any necessary additional discovery. (*Id.*)

Plaintiff does not oppose the Motion to Withdraw. (Doc. 51 at 2.) However, Plaintiff argues that the Motion to Modify should be denied because

Defendants have not been diligent in taking discovery, and they should not get another opportunity to do so based on Mr. Kapin's withdrawal.  (*See* Doc. 50.)

The Court finds good cause for the requested extension based on the circumstances of this case.  *See* Fed. R. Civ. P. 16(b)(4).  Specifically, although this case was filed on January 8, 2020, Defendants did not appear until July 10, 2020, and the CMSO was not entered until October 22, 2020.  (Docs. 32 & 47.)  The parties then agreed to relatively short deadlines, including a discovery period of approximately six months, which took place entirely during the COVID-19 pandemic.  (*See* Docs. 38 & 47.)  In response to the pandemic, Chief Judge Timothy J. Corrigan previously issued a memorandum regarding practice in this division that stated in part: "Requests for the suspension or continuance of deadlines in civil cases . . . will be liberally granted."[1]  In light of these circumstances and the withdrawal of Mr. Kapin, good cause exists for the requested extension.

Accordingly, it is **ORDERED**:

1. The Motion to Modify (**Doc. 48**) is **GRANTED**.  An amended case management and scheduling order will enter.

2. The Motion to Withdraw (**Doc. 51**) is **GRANTED**.  Mr. Kapin is hereby permitted to withdraw as counsel for Defendants.  The Clerk is directed

---

[1] This memorandum, titled Jacksonville Division Protocol for Proceedings During Current National Emergency Related to COVID-19, is available on the Court's website

to terminate Mr. Kapin as counsel of record.

**DONE AND ORDERED** in Jacksonville, Florida, on April 6, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

at https://www.flmd.uscourts.gov/locations/jacksonville.