UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                  CASE NO.  3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

    Defendants.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having granted Defendants' Motion to Modify Scheduling Order (Doc. 48), the undersigned, with the consent of the District Judge, enters this amended case management and scheduling order:

| DEADLINE OR EVENT | DATE |
|---|---|
| Discovery Deadline | MAY 31, 2021 |
| Dispositive and Daubert Motions | JUNE 29, 2021 |
| Mediation                 Deadline<br>                         Mediator<br>                         Address<br><br>Telephone: | JULY 30, 2021<br>Terrance E. Schmidt<br>501 Riverside Avenue<br>Suite 903<br>Jacksonville, FL 32202<br>904-398-1818 |
| All Other Motions Including Motions In Limine | NOVEMBER 1, 2021 |
| Responses to Other Motions Including Motions In Limine | NOVEMBER 15, 2021 |

| | |
|---|---|
| Joint Final Pretrial Statement | NOVEMBER 15, 2021 |
| Final Pretrial Conference                 Date<br>Time<br>Judge | NOVEMBER 22, 2021<br>10:00 a.m.<br>Marcia Morales Howard |
| Trial Term Begins<br><br>[Trials Before Magistrate Judges Begin on Date Certain] | DECEMBER 6, 2021<br>9:00 a.m. |
| Estimated Length of Trial | 5 days |
| Jury/Non-Jury | Jury |

All other provisions of the Case Management and Scheduling Order (Doc. 47) remain in effect.

**DONE AND ORDERED** in Jacksonville, Florida, on April 6, 2021.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

2