UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN, an individual
    Plaintiff,

CIVIL ACTION NO:   3:20-cv-17-J-34JBT

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company
    Defendant.
_____/

**JOINT NOTICE REGARDING PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS**

Plaintiff, MERLIN KAUFFMAN (the "Plaintiff"), and Defendants TRANS HIGH CORPORATION, and HIGH TIMES HOLDING CORPORATION, pursuant to the Court's Order dated April 5, 2021 [D.E. 53], file this Joint Notice regarding Plaintiff's Motion to Compel Depositions [D.E. 49] (the "Motion"), and state as follows:

1.    The parties have conferred regarding the matters brought in Plaintiff's Motion as ordered by the Court.

2.    The Motion was filed on March 18.

3.    On March 26, 2021, Plaintiff conducted the Rule 30(b)(6) Deposition of both corporate Defendants.

4.    Plaintiff asserts that Defendants failed to make a conscientious good-faith endeavor to designate persons having knowledge of all sixteen (16) subject matters identified in the deposition notices, and/or prepare their corporate representative witness to answer fully and completely the questions posed as to those subject matters.

5.    Without conceding any deficiency with respect to the deposition testimony of Defendants' corporate witness, Defendants' counsel is in the process of conferring with Plaintiff's

1

counsel to determine whether and what additional discovery (including a continued deposition) is necessary and appropriate and whether the Court's intervention will be needed and sought.

6. Plaintiff reserves the right to raise this discovery dispute again before the Court in the event that Defendants fail to produce a Rule 30(b)(6) deponent with sufficient knowledge of the previously-designated subject matters that were not adequately covered at the March 26, 2021 deposition, or the Parties are otherwise unable to reach an agreement regarding same.

7. Separately, on March 31, 2021, after Mr. Levin testified about the current phone number and email address of Stormy Simon, Plaintiff was able to contact Ms. Simon and conduct the deposition of Non-party Stormy Simon.

8. As a result, the Motion as it relates to Ms. Simon's deposition is now moot.

WHEREFORE, the Parties request the Court defer ruling on Plaintiff, MERLIN KAUFFMAN's Motion to Compel until April 26, 2021, to provide the parties time to either resolve any outstanding issues regarding same or to advise the Court with particularity of any issues requiring the Court's intervention.

April 12, 2021.　　　　　　　　　　　　Respectfully Submitted:

*/s/Darren Spielman*
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
fax: 754-300-1501
*Counsel for Plaintiff*

>*s/ Samuel M. Sheldon*
>Howard R. Behar (FBN 54471)
>Samuel M. Sheldon (FBN 54088)
>THE BEHAR LAW FIRM, P.A.
>3323 N.E. 163rd Street, Suite 402
>North Miami Beach, FL 33160
>Tel: (786) 735-3300
>Fax: (786) 735-3307
>hrb@beharlegal.com
>sms@beharlegal.com
>np@beharlegal.com
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 12, 2021</u>, that the foregoing document is being filed via ECF and served this day on all counsel of record identified below on the Service List via email.

>By:   /s/*Darren Spielman*
>      Darren Spielman

THE BEHAR LAW FIRM, P.A.
*Attorneys for Defendants*
3323 N.E. 163rd Street, Suite 402
North Miami Beach, FL 33160
Tel: (786) 735-3300
Fax: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com