## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN,
an individual,

        Plaintiff,

v.

TRANS-HIGH CORP.,
a New York corporation, and
HIGH TIMES HOLDING CORP.,
a Delaware corporation,

        Defendants.
_____/

Case No. 3:20-cv-00017-MMH-JBT

### HOWARD R. BEHAR AND SAMUEL M. SHELDON'S *UNOPPOSED* MOTION TO WITHDRAWAS COUNSEL FOR DEFENDANTS

    Howard R. Behar and Samuel M. Sheldon, both associated with The Behar Law Firm, P.A., located at 3323 NE 163rd St., Suite 402, N. Miami Beach, FL 33160 (collectively, "**Undersigned Counsel**"), counsel for Defendants, TRANS-HIGH CORP. and HIGH TIMES HOLDING CORP., hereby move *unopposed*, pursuant to Local Rule 2.02 of this Court, for an Order permitting withdrawal of their representation of the Defendants in this action, and in support state:

    1.    On or about July 10, 2020, Undersigned Counsel appeared in this action on behalf of the Defendants.

    2.    Irreconcilable differences have arisen between Undersigned

counsel and Defendants that preclude Undersigned Counsel's continued representation of Defendants.

3. In compliance with Local Rule 2.02(c)(1), the undersigned certifies that he provided fourteen days' notice to the Defendants.

4. The requested withdrawal will not unduly delay this action, which is not scheduled to be tried under December 2021.

5. Undersigned Counsel reasonably believe this withdrawal will not cause undue prejudice to any party.

### Local Rule 3.01(g) Certification

6. On June 10, 2021, Samuel M. Sheldon conferred with Plaintiff's counsel, Darren Spielman, who advised that Plaintiff does not oppose the relief requested herein.

Date: June 11, 2021

Respectfully submitted,

The Behar Law Firm, P.A.
*Attorneys for Defendants*
3323 N. E. 163rd Street, Suite 402
North Miami Beach, Florida 33160
Telephone: (786) 735-3300
Facsimile: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com

*s/ Samuel M. Sheldon*
**Howard R. Behar**
Florida Bar No. 54471
**Samuel M. Sheldon**
Florida Bar No. 54088

## **CERTIFICATE OF SERVICE**

HEREBY CERTIFY that on June 11, 2021, that the foregoing document is being filed via ECF and served this day on all counsel of record identified belowon the Service List via email.

*s/ Samuel M. Sheldon*
Samuel M. Sheldon

Darren Spielman, Esq.
Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, FL 33309
754-300-1500
Fax: 754-300-1501
dspielman@complexip.com
rkain@complexip.com