UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN, an individual,

    Plaintiff,

v.                                  Civil Action No.: 3:20-cv-17-J-34JBT

TRANS HIGH CORPORATION, a New
York company, and HIGH TIMES HOLDING
CORPORATION, a Delaware company,

    Defendants.
_____

## MEDIATOR'S REPORT

In accordance with the Court's mediation order and Notice of Mediation Conference, a mediation conference was held on June 10, 2021, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

           _X_    All individual parties and their respective trial counsel.

           _X_    Designated corporate representatives.

           ____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c)  The outcome of the mediation conference was:

____  The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____  The case has been partially resolved and lead counsel has been instructed to file herein a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for the Court to resolve:

_____
_____
_____
_____
_____

____  The conference was continued with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

__X__  The parties have reached an impasse.

Done this 10th day of June, 2021, in Jacksonville, Florida.

_____
**TERRANCE E. SCHMIDT, MEDIATOR**
Florida Bar No.: 165042
Certification No.: 6667R
501 Riverside Avenue, Suite 903
Jacksonville, FL 32202
Telephone: 904/398-1818
Facsimile: 904/398-7073