**EXHIBIT "A"**

| | |
|---|---|
| **From:** | Darren Spielman |
| **To:** | sms@beharlegal.com |
| **Cc:** | Joanna Lubczanska |
| **Subject:** | RE: Kauffman v Hight Times/Trans High |
| **Date:** | Friday, June 18, 2021 10:55:00 AM |

Understood. We will reflect your position in the motion. Thank you for the response.

DARREN SPIELMAN

**THE CONCEPT LAW GROUP, P.A.**
**AN INTELLECTUAL PROPERTY LAW FIRM**

6400 NORTH ANDREWS AVENUE, SUITE 500

FORT LAUDERDALE, FLORIDA 33309

OFFICE:    (754) 300-1500

DIRECT:    (754) 300-1457

FAX:         (754) 300-1501

WWW.CONCEPTLAW.COM

DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Friday, June 18, 2021 10:52 AM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>
**Subject:** RE: Kauffman v Hight Times/Trans High

Darren:

My clients have been uncommunicative, and would likely not agree to a motion to compel.

At the same time, I would not dare take any action in contravention of either the magistrate's order or plaintiff's entitlement to discovery under the Federal Rules of Civil Procedure.

This illustrates why I have a pending motion to withdraw.

Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Friday, June 18, 2021 10:37 AM
**To:** sms@beharlegal.com
**Cc:** Joanna Lubczanska <jlubczanska@conceptlaw.com>; Darren Spielman

<dspielman@conceptlaw.com>

**Subject:** RE: Kauffman v Hight Times/Trans High

Sam:

Given my other obligations and cases, I cannot leave open multiple days of time until your clients decide they are ready for a deposition. We are putting together a new motion to compel, as your client is not cooperating on scheduling the deposition(s) as required by the Court's Order. The Court Order required immediate cooperation, and your clients delay runs afoul of that requirement. We assume you will oppose such a motion, but want to provide you an opportunity to state otherwise prior to filing the motion.

DARREN SPIELMAN
THE CONCEPT LAW GROUP, P.A.
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:   (754) 300-1500
DIRECT:   (754) 300-1457
FAX:       (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Thursday, June 17, 2021 9:19 AM
**To:** sms@beharlegal.com
**Cc:** Darren Spielman <dspielman@conceptlaw.com>; Joanna Lubczanska <jlubczanska@conceptlaw.com>
**Subject:** RE: Kauffman v Hight Times/Trans High

Sam:

I no longer have availability on Friday the 25th for the deposition. We need confirmation from your client on the one of the other days. The Court has ordered the parties to confer immediately and schedule the continued deposition. Since this deposition must occur before June 30, your clients have had notice and knowledge of this requirement for over a week now and should have made accommodations and checked their schedules. If we cannot get this deposition set by the end of the day we will be forced to seek relief from the Court.

DARREN SPIELMAN

**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM

6400 NORTH ANDREWS AVENUE, SUITE 500

FORT LAUDERDALE, FLORIDA 33309

OFFICE:    (754) 300-1500

DIRECT:    (754) 300-1457

FAX:        (754) 300-1501

WWW.CONCEPTLAW.COM

DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Wednesday, June 16, 2021 2:14 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: Kauffman v Hight Times/Trans High

Hi Darren,

I have emailed my client about this and have yet to receive any response. I will advise as soon as I hear.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Wednesday, June 16, 2021 2:05 PM
**To:** sms@beharlegal.com
**Cc:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** RE: Kauffman v Hight Times/Trans High

Sam: Following up again about your clients' availability for the deposition(s). We need to get this scheduled.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM

6400 NORTH ANDREWS AVENUE, SUITE 500

FORT LAUDERDALE, FLORIDA 33309

OFFICE:    (754) 300-1500

DIRECT:    (754) 300-1457

FAX:        (754) 300-1501

WWW.CONCEPTLAW.COM

DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** sms@beharlegal.com <sms@beharlegal.com>
**Sent:** Monday, June 14, 2021 4:33 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** Re: Kauffman v Hight Times/Trans High

Good afternoon Darren,

I am available those dates and have asked my client regarding the availability of one or more representatives with knowledge of these topics.

Defendants do not oppose your proposed motion.

Have you spoken with your client about defendants' last settlement proposal? We are so very close. Please advise.

Thanks,
Sam

---

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Monday, June 14, 2021 10:54 AM
**To:** sms@beharlegal.com <sms@beharlegal.com>
**Cc:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** Kauffman v Hight Times/Trans High

Sam:
We write to confer with you regarding two topics:
1. Setting the deposition of the corporate representative for Topics 2,4,5,9 and 15 as required by the Court Order (DE 64). I have availability on June 24, 25, and 28. Please let me know which one of these is preferred and we can get this scheduled.
2. The deadline for dispositive motions is June 29, which will not give us ample time after the supplemental production of documents and supplemental deposition. We would like to request a 14 day extension of the dispositive deadline up through July 13. Please advise if you would agree to this motion.

Darren Spielman

**The Concept Law Group, P.A.**
**An Intellectual Property Law Firm**
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Office:    (754) 300-1500
Direct:    (754) 300-1457
Fax:        (754) 300-1501
www.ConceptLaw.com
DSpielman@ConceptLaw.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**