UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                           CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORP.,
etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Counsel's Unopposed Motion to Seal Under FRCP 5.2 ("Motion") (Doc. 71). Defendants' Counsel seeks to file under seal their response to the Court's Order to Show Cause dated June 9, 2021 (Doc. 64), which requires Defendants to show cause why they or their counsel should not be ordered to pay Plaintiff's expenses incurred in making Plaintiff's Motion to Compel Deposition and Production (Doc. 61). The Motion is due to be granted because the proposed response contains confidential attorney-client information, and sealing is contemplated pursuant to Rule 4-1.6 of the Rules Regulating the Florida Bar and the comments thereto.

Accordingly, it is **ORDERED**:

1.    The Motion (**Doc. 71**) is **GRANTED**.

2.     **On or before July 7, 2021**, Defendants' Counsel shall file **under seal** their response to the Court's June 9, 2021 Order to Show Cause (Doc. 64), which shall remain under seal until further order of the Court.

3.     The Clerk of Court is directed to provide a copy of this Order by U.S. mail and email to Adam Levin at the addresses listed below.  Mr. Levin is authorized to receive a sealed, tangible copy of Defendants' Counsel's sealed filing.

**DONE AND ORDERED** in Jacksonville, Florida on June 23, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

Adam Levin
Executive Chairman
Hightimes Holding Corp.
2110 Narcissus Ct.
Venice CA 90291
adam@hightimes.com

2