UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN, an individual        CIVIL ACTION NO:  3:20-cv-17-J-34JBT
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
    Defendant.
_____/

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPONSD TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff, Merlin Kauffman (the "Plaintiff"), by and through undersigned counsel, hereby files his Opposition to Defendants' Motion to For Extension of Time to Respond to the Court's Order to Show Cause, and states as follows:

Since at least May 27, 2021, Defendants were put on notice that their attorneys would be leaving the case. [DE 69 ¶4]. On June 18, three weeks after that notice, counsel for Defendants filed the instant Motion for extension of time regarding this Court's Order to Show Cause [DE 64]. The deadline for Defendants to file a response to the Order to Show Cause was June 23. Despite filing the Motion for extension of time, this Court did not enter an Order on such motion, and therefore Defendants have violated the Order to Show Cause. The Motion for extension of Time does not relieve Defendants of their obligation to comply with the Court's Orders.

> A motion for extension of time is not self-executing; no motion is, unless expressly provided for by the applicable rule. See *In re River Ridge Ranch, Inc.*, 347 B.R. 65, 69 (Bankr. S.D. Ohio 2006) (noting motions for protective order are not self-executing); *Vanhorn v. Behavioral Support Servs., Inc.*, 2008 WL 552646, at *1 (M.D. Fla. Feb. 27, 2008) (noting motions to withdraw are not self-executing). Yet, by filing these motions on or near the last day, and then sitting idle "pending the Court's disposition of the motion," parties essentially grant their own motion. The Court will not condone this.

*Compere v. Nusret Miami, LLC*, 19-CV-20277, 2020 WL 2844888, at *2 (S.D. Fla. May 7, 2020)

1

This Court has not ruled on Defendants' counsel's motion to withdraw. [DE 65]. Defendants have had ample time and opportunity to obtain new counsel, and certainly had enough time prior to the June 26 deadline to respond to the Order to Show Cause. Defendants are not small companies. As testified during the depositions they collective, as parent and subsidiary, have approximately 300 employees. [DE 61-3, pp.55-57]. Therefore, to the extent that Defendant try to claim they do not have new counsel, this position is meritless.

Defendants motion for extension of time fails to even indicate how much extra time Defendants need to respond to the Order to Show Cause. The purpose behind MDFL. Local Rule 2.02(c)(1), is to limit these delays and problems with representation of a party. In fact, MDFL Local Rule 2.02(c)(4) explains: "A party that discharges a lawyer must obtain substitute counsel in time to comply with the deadlines. A person no longer represented by counsel must comply with the rules and comply with the deadlines."

Defendants have ignored this Court's Order to show Cause [DE 64] and now seek to further delay the forthcoming sanctions.

WHEREFORE, Plaintiff respectfully requests that the Court deny the Motion for Extension of time, enter an Order for sanctions for failing to comply with the Court's Order to show Cause, and grant such other and further relief as it deems just and proper.

Respectfully Submitted:

*/s/Darren Spielman*
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309

ph: 754-300-1500
fax: 754-300-1501
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 15, 2021, that the foregoing document is being filed via ECF and served this day on all counsel of record identified below on the Service List via email.

                            By:     /s/*Darren Spielman*
                                       Darren Spielman

THE BEHAR LAW FIRM, P.A.
*Attorneys for Defendants*
3323 N.E. 163rd Street, Suite 402
North Miami Beach, FL 33160
Tel: (786) 735-3300
Fax: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com