| | |
|---|---|
| **From:** | sms@beharlegal.com |
| **To:** | Darren Spielman |
| **Subject:** | RE: Kauffman v High Times |
| **Date:** | Thursday, June 24, 2021 12:04:33 PM |

Good afternoon Darren,

You did not miss an email. I have not received any documents from my clients and am thus not in a position to produce same.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Thursday, June 24, 2021 8:26 AM
**To:** sms@beharlegal.com
**Cc:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** Kauffman v High Times

Sam:
We did not receive the supplemental documents yesterday as required by the Court's Order [Doc 64]. Prior to filing an amended motion to compel and for sanctions, we want to confirm that there was not a missed email with those documents.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:    (754) 300-1500
DIRECT:    (754) 300-1457
FAX:        (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE:** This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

EXHIBIT B