**EXHIBIT "C"**

| | |
|---|---|
| **From:** | sms@beharlegal.com |
| **To:** | Darren Spielman |
| **Subject:** | RE: Kauffman v Hight Times/Trans High |
| **Date:** | Tuesday, June 29, 2021 2:05:57 PM |

Good afternoon Darren,

Defendants do not oppose the proposed motion for extension of the deadline for dispositive motions.

Thanks,
Sam

**From:** Darren Spielman <dspielman@conceptlaw.com>
**Sent:** Tuesday, June 29, 2021 1:10 PM
**To:** sms@beharlegal.com
**Cc:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** Kauffman v Hight Times/Trans High

Sam:
This email confirms that we have never received a specific response as to your clients' availability for the Court Ordered [Doc. 64] continued depositions. As tomorrow is the deadline for the those depositions, we write in advance to summarize. We intend to further supplement/amend the pending motion to compel and for sanctions noting this further violation of the Court's Order.

Separately, we will seek to further extend the dispositive motion deadline, for 14 days after the Court enters an Order on the Motion to Compel, as it may substantially affect the scope and nature of such dispositive motions. We seek Defendants position on this motion for extension of time?


DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
AN INTELLECTUAL PROPERTY LAW FIRM
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:   (754) 300-1500
DIRECT:   (754) 300-1457
FAX:       (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**