## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN,
an individual,

Plaintiff,

v.

TRANS-HIGH CORP.,
a New York corporation, and
HIGH TIMES HOLDING CORP.,
a Delaware corporation,

Defendants.
_____/

Case No. 3:20-cv-00017-MMH-JBT

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL**

Defendants, TRANS-HIGH CORP. and HIGH TIMES HOLDING CORP., through undersigned counsel, hereby move for a thirty (30) day extension, through September 1, 2021, of the time for new counsel to appear in compliance with the Court's Order dated July 2, 2021 [Doc. 78] (the "**Order**"), and state:

1. On July 2, 2021, the Court entered the Order, which requires in relevant part that "before August 2, 2021 … Defendants shall have their successor counsel file a notice of appearance or, if no successor counsel is retained by that date, Defendants shall file a notice stating how they intend to proceed."

2. Defendants state that they intend to continue defending this action, and are seeking new counsel, which effort has been impaired by the COVID-19

pandemic.

3.     Defendants respectfully submit that the foregoing constitutes good cause for the Court to extend by thirty (30) days, through September 1, 2021, the time for their new counsel to appear in this action.

WHEREFORE, Defendants, TRANS-HIGH CORP. and HIGH TIMES HOLDING CORP., respectfully request that the Court enter an order extending the August 2, 2021 deadline for their new counsel to appear, together with such other and further relief as the Court deems just and proper.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that, at 2:27 p.m. on August 6, 2021, undersigned counsel emailed Plaintiff's counsel, Darren Spielman, to inquire as to Plaintiff's position with respect to the requested extension. As of the filing of this motion, Plaintiff's counsel has yet to respond.

Dated: August 9, 2021

                                                                    Respectfully submitted,

The Behar Law Firm, P.A.
*Attorneys for Defendants*
3323 N. E. 163rd Street, Suite 402
North Miami Beach, Florida 33160
Telephone: (786) 735-3300
Facsimile: (786) 735-3307
hrb@beharlegal.com
sms@beharlegal.com
np@beharlegal.com

*s/ Samuel M. Sheldon*
**Howard R. Behar**
Florida Bar No. 54471
**Samuel M. Sheldon**
Florida Bar No. 54088

## CERTIFICATE OF SERVICE

      HEREBY CERTIFY that on August 9, 2021, that the foregoing document is being filed via ECF and served this day on all counsel of record identified below on the Service List via email.

                                                                      *s/ Samuel M. Sheldon*
                                                                      Samuel M. Sheldon

Darren Spielman, Esq.
Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, FL 33309
754-300-1500
Fax: 754-300-1501
dspielman@complexip.com
rkain@complexip.com