UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                                          CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORTATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company

    Defendants.
_____/

## RESPONSE TO ORDER GRANTING DEFENDANTS'
## MOTION FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL

Defendants Trans High Corporation and High Times Holding Company (collectively, "Defendants") provide the following response pursuant to the Order Granting Defendants' Motion for Extension of Time to Retain New Counsel, entered on August 11, 2021:

On August 31, 2021, the undersigned filed a notice of appearance, in compliance with the orders entered on July 2, 2021 (DE 78) and August 11, 2021 (DE 82).

                                                                Respectfully submitted,

                                                                _/s/ Jesse Haskins____
                                                                Jesse A. Haskins
                                                                Fla. Bar No. 78974
                                                                Jesse@jhaskinslaw.com
                                                                J Haskins Law, PA
                                                                10437 Canary Isle Drive
                                                                Tampa, Florida 33647
                                                                Telephone: (919) 667-4689
                                                                Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on September 1, 2021, the foregoing documents have been furnished by e-portal to Concept Law Group, PA, 6400 N. Andrews Ave., Suite 500, Ft Lauderdale, FL 33309; (754) 300-1500; rkain@complexip.com and dspielman@complexip.com and The Behar Law Firm, PA, 3323 N.E. 163rd Street, Suite 402, North Miami Beach, FL 33160; (786) 735-3300; hrb@beharlegal.com and sms@beharlegal.com.

/s/ Jesse Haskins
Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Attorney for Defendants