UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                       CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Appearance of Jesse A. Haskins as Counsel for Defendants (Doc. 83), and Defendants' Motion for Extension of Time to Respond to Order to Show Cause ("Motion") (Doc. 69). In addition, Defendants' responses to numerous motions filed by Plaintiff are overdue. (*See* Docs. 76, 77, 81.)[1]

Now that Defendants are represented by Mr. Haskins, the Court will order Defendants to respond to the Court's Order to Show Cause dated June 9, 2021 ("OTSC") (Doc. 64), Plaintiff's Second Amended Motion to Compel and for Sanctions for Violating Court Order ("Motion to Compel") (Doc. 76), and Plaintiff's

---

[1] Pursuant to Local Rule 3.01(c), the Court may consider these motions unopposed. However, the Court will not do so in light of Defendants' counsel's pending motions to withdraw (Docs. 65, 85.)

Motion for Default for Violating Court Orders ("Motion for Default") (Doc. 81).[2] By this Order, the Court is allowing Defendants the extension they requested in the Motion.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 69**) is **GRANTED**.

2. **On or before September 24, 2021**, Defendants shall file their response to the OTSC (**Doc. 64**), the Motion to Compel (**Doc. 76**), and the Motion for Default (**Doc. 81**).[3]

**DONE AND ORDERED** in Jacksonville, Florida on September 3, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[2] Defendants need not respond to Plaintiff's Second Motion for Extension of Time of the Dispositive Motion Deadline (Doc. 77). That motion is considered unopposed.

[3] The attorneys for Defendants who have moved to withdraw previously responded to the OTSC (Doc. 74) and need not do so again. In light of the pending motions to withdraw, it is contemplated that Defendants will respond to the OTSC and the above motions through Mr. Haskins.