UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                                              CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company

    Defendants.
_____/

## SUPPLEMENT TO MOTION FOR LEAVE TO
## FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 3.01(g)(3), Defendants Trans High Corporation and High Times Holding Company (collectively, "Defendants") supplement their conferral certification as follows:

1. On September 23, 2021, Defendants filed a Response to Order and Motion for Leave to File A Motion for Summary Judgment [DE 87]. The undersigned inadvertently omitted the Local Rule 3.01(g) Certification.

2. On September 24, 2021, undersigned conferred with counsel for Plaintiff by telephone. Counsel for Plaintiff indicated that he would discuss Plaintiff's position on Defendants' Motion for Leave to File A Motion for Summary Judgment with Plaintiff.

3. On September 24, 2021, Defendants filed a Corrected Response to Order and Motion for Leave to File A Motion for Summary Judgment, corrected only as to the Local Rule 3.01(g) Certification [DE 88]

4. On September 28, 2021, the undersigned left a voicemail with counsel for Plaintiff, requesting Plaintiff's position. Counsel for Plaintiff returned undersigned's inquiry via an

e-mail stating that Plaintiff opposes Defendants' Motion for Leave to File a Motion for Summary Judgment.

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2021, the foregoing documents have been furnished by e-portal to Concept Law Group, PA, 6400 N. Andrews Ave., Suite 500, Ft Lauderdale, FL 33309; (754) 300-1500; rkain@complexip.com and DSpielman@ConceptLaw.com and The Behar Law Firm, PA, 3323 N.E. 163rd Street, Suite 402, North Miami Beach, FL 33160; (786) 735-3300; hrb@beharlegal.com and sms@beharlegal.com.

/s/ Jesse Haskins
Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Attorney for Defendants