UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

      Plaintiff,

v.                                  CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Corrected Response to Order and Motion for Leave to File a Motion for Summary Judgment ("Response") (Doc. 88). Upon review of the Response, the Court notes that it does not appear to comply with the new typography requirements set forth in the amended Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), which took effect on February 1, 2021. *See* Local Rule 1.08(a)-(b). As such, the Court directs all counsel of record in this case to review the requirements set forth in Local Rule 1.08 and ensure that all future filings are in compliance with this and all other Local Rules.[1]

---

[1] Indeed, the Court cautions Counsel that the amended Local Rules contain numerous, significant changes. Counsel should review the Local Rules and, to familiarize themselves with key changes, are encouraged to review the "Video Presentation on New Local Rules" available on the Middle District of Florida website at www.flmd.uscourts.gov/local-rules.

Going forward, filings which do not comply with this or any other Local Rule may be stricken.[2]

**DONE AND ORDERED** in Jacksonville, Florida on October 6, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[2] In addition, the Response inappropriately contains a motion and a request for relief. A request for relief must be filed in a separate motion, not included in a response. Going forward, any inappropriate response, to a motion or order, that requests relief may be stricken.