UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN, an individual,     CASE NO:   3:20-cv-17-MMH-JBT

    Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company,
    Defendant.
_____/

## APPEARANCE OF COUNSEL

I, Alexander D. Brown, Esq., am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Merlin Kauffman.

November 3, 2021    Respectfully Submitted:

    /s/Alexander D. Brown
    Alexander D. Brown, Esq. (FL Bar No 752665)
    abrown@conceptlaw.com
    Darren Spielman, Esq. (FL Bar No 10868)
    DSpielman@Conceptlaw.com
    Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
    RKain@Conceptlaw.com
    The Concept Law Group, P.A.
    6400 N. Andrews Ave., Suite 500
    Fort Lauderdale, Fl 33309
    ph: 754-300-1500
    fax: 754-300-1501
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 3, 2021, that the foregoing document is being filed via ECF which served same on all counsel of record identified below on the Service List via email.

                      By:    /s/*Alexander D. Brown*
                                Alexander D. Brown

Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
*Attorney for Defendants*