UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN, an individual,   CASE NO:   3:20-cv-17-MMH-JBT

    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company,
    Defendant.
_____/

## NOTICE OF FILING DOCUMENTS IN CONNECTION WITH DEFENDANTS' AMENDED MOTION TO TERMINATE DEPOSITION

Plaintiff, Merlin Kauffman (the "Plaintiff"), by and through undersigned counsel, hereby files this Notice of Filing Documents in Connection with Defendants' Amended Motion to Terminate Deposition (Doc. 96), and states as follows:

Plaintiff received Defendants' Amended Motion to Terminate Deposition (Doc. 96) less than 24 hours prior to the scheduled hearing for November 4, 2021 (Doc. 93). As a result, Plaintiff is not able to provide a substantive opposition to such motion. Plaintiff files herewith documents which may be raised during the November 4 hearing, if time permits, by the Court with respect to Defendants' last-minute motion. Plaintiff reserves his right to provide a timely filed and fully briefed opposition.

For this notice, Plaintiff provides as Exhibit A, email communications between counsel about the timing of the rescheduled deposition (Partially redacted to remove settlement discussions). Plaintiff also provides Exhibit B and C, the re-notices for the continued Court-ordered corporate representative depositions of Defendants.

November 4, 2021     Respectfully Submitted:

*/s/Darren Spielman*
Darren Spielman, Esq. (FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq. (FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
fax: 754-300-1501
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2021, that the foregoing document is being filed via ECF which served same on all counsel of record identified below on the Service List via email.

By:   */s/Darren Spielman*
      Darren Spielman

2

Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Attorney for Defendants