**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**MERLIN KAUFFMAN,**
an individual,

    Plaintiff,

v.                                                       Case No.   3:20-cv-17-MMH-JBT

**TRANS HIGH CORPORATION,**
etc., el al.,

    Defendants.

| | |
|---|---|
| **Counsel for Plaintiff** | Darren Joel Spielman, Esquire<br>Alexander Brown, Esquire |
| **Counsel for Defendants,**<br>**Trans High Corporation, etc., et al** | Samuel M. Sheldon, Esquire<br>Jesse Abraham Haskins, Esquire |

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 11/4/2021<br>10:14 a.m. – 11:14 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | None present |

**CLERK'S MINUTES**

**PROCEEDINGS:**   HEARING ON MOTIONS (Docs. #65, 76, 77, 81, 85, 88, 96)

Attorneys are present via Zoom videoconference.

Also present is Adam Levin a corporate representative for Defendants.

Arguments of counsel on all currently pending motions.

**Order to enter.**