UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

        Plaintiff,

v.                                        CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

        Defendants.

_____/

## ORDER FOLLOWING HEARING

**THIS CAUSE** is before the Court on all currently pending motions ("Motions"). The Court heard oral argument on the Motions on November 4, 2021.  For the reasons stated on the record at the hearing, which are incorporated herein, it is **ORDERED**:

1.      The Court's Order to Show Cause (**Doc. 64**) is **DISCHARGED**.

2.      Howard R. Behar and Samuel M. Sheldon's *Unopposed* Motion to Withdraw as Counsel for Defendants (**Doc. 65**) and Howard R. Behar and Samuel M. Sheldon's *Unopposed* Renewed Motion to Withdraw as Counsel for Defendants (**Doc. 85**) are **GRANTED**.  The Clerk is directed to terminate Mr. Behar and Mr. Sheldon as counsel of record.

3.      Plaintiff's Second Amended Motion to Compel and for Sanctions for Violating Court Order (**Doc. 76**) and Plaintiff's Motion for Default for Violating Court Orders (**Doc. 81**) are **TAKEN UNDER ADVISEMENT** pending resolution of

Defendants' Time-Sensitive Amended Motion to Terminate Deposition.

4.     Defendants' Time-Sensitive Amended Motion to Terminate Deposition (**Doc. 96**) is **TAKEN UNDER ADVISEMENT**.  Plaintiff shall file his response thereto **on or before November 17, 2021**.

5.     Plaintiff's Second Motion for Extension of Time of the Dispositive Motion Deadline (**Doc. 77**) is **GRANTED** to the extent stated in paragraph 7 below.

6.     Defendants' Corrected Response to Order and Motion for Leave to File a Motion for Summary Judgment (**Doc. 88**) is **GRANTED** only to the extent that it requests an extension of the dispositive motion deadline.

7.     With the consent of the District Judge, the operative Case Management and Scheduling Order ("CMSO") (**Doc. 55**) is **VACATED**.  A new CMSO will issue in due course.

**DONE AND ORDERED** in Jacksonville, Florida, on November 4, 2021.


JOEL B. TOOMEY
United States Magistrate Judge


Copies to:

Counsel of Record

2