**Exhibit C**



# BANK OF AMERICA

HIGHTIMES HOLDINGS CORP.  |  Account #  ▮▮▮▮6340  |  December 1, 2019 to December 31, 2019

## Your checking account

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/06/19 | ▮▮▮▮ | 5,000.00 |
| 12/09/19 | ▮▮▮▮ | 8,000.00 |
| 12/17/19 | ▮▮▮▮ | 2,500.00 |
| 12/20/19 | ▮▮▮▮ | 2,500.00 |
| 12/30/19 | WIRE TYPE:WIRE IN DATE: 191230 TIME:0533 ET TRN:2019123000176437 SEQ:F9S1912292637500/040317 ORIG:TRELLIAN PTY LIMTED ID:034702361420 SND BK:THE BANK OF NEW YORK MELLON ID:0001 PMT DET:AU119123 01741326420 DOMAIN /ACC/FW026009593 LESS FEES | 307,500.00 |
| 12/30/19 | ▮▮▮▮ | 01,514.45 |

00025