**Exhibit D**

# HIGHTIMES HOLDING CORP.
**WRITTEN CONSENT OF A MAJORITY
OF THE BOARD OF DIRECTORS
IN LIEU OF A SPECIAL MEETING**

Pursuant to Section 228 and Section 141(f) of the
Delaware General Corporation Law

      **THE UNDERSIGNED**, being a majority of the members of the Board of Directors (the "Board") of Hightimes Holding Corp., a Delaware corporation (the "Company"), acting by written consent in lieu of a special meeting, do hereby adopt and consent to the adoption of the following resolutions:

Confidential under Employment Agreements

Confidential under Employment Agreements

      **WHEREAS,** the Company deems it to be in its best interest to hire Paul Henderson as the Company's President; and

      **WHEREAS**, the Company deems it in its best interests to extend the Regulation A+ offering (the "Offering") until as late as June 30, 2020, or until such earlier date as the Company may determine; and

      **WHEREAS,** the Company deems it in its best interests to file with the Securities and Exchange Commission ("SEC") a Current Reports on Form 1-U, substantially in the forms previously distributed to the Board, for purposes of Confidential under Employment Agreements and to extend the Offering until as late as June 30, 2020; and

      **WHEREAS**, the Company deems it in its best interests to sell the website domain www.420.com; and

      **WHEREAS**, the Company has been advised that its director's and officer's liability insurance (the "D&O Insurance") has been reduced from a $10.0 million policy to a $5.0 million policy as the result of non-payment of insurance premiums and that the remaining $5.0 million of D&O Insurance will be terminated on January 13, 2020 (the "Cancellation Date") unless $230,000 in premium payments (the "Premium") is made in advance of the Cancellation Date; and

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

**WHEREAS**,  the Board deems it imperative that the Company take necessary actions to raise capital in order to timely cover the costs of the D&O Insurance Premium so that the  Company may maintain an active D&O Insurance policy; and

**WHEREAS**, the Company deems it in its best interests to terminate its present lease at 10990 Wilshire Blvd, Los Angeles, CA and enter into a one-year lease (the "Lease") for the property located at 815 Hampton Drive, Unit 1B, Venice, CA 90291, a copy of which is being distributed to the Board herewith, for purposes of renting executive office space at a reduced monthly rent; and

**WHEREAS**, the Board deems it to be advisable and in the best interests of the Company to take the following actions.

**NOW THEREFORE IT IS HEREBY:**

**RESOLVED,** that the Board hereby accepts and ratifies the Confidential under Employment Agreements, along with the Company's entry into the related Letter Agreement; and it is

**RESOLVED,** that the Board hereby appoints Stormy Simon as the Company's Chief Executive Officer; and Confidential under Employment Agreements it is

**RESOLVED,** that the Board hereby authorizes Mr. Levin to negotiate the hiring of Paul Henderson as the Company's  President, with the final terms of any employment agreement with Mr. Henderson to be subject to subsequent board approval; and it is

**RESOLVED,** that the Company be, and hereby is, authorized to extend the Offering until as late as June 30, 2020, or until such earlier date as the Company may determine; and be it

**RESOLVED,** that the Company be, and hereby is, authorized to file a Current Report or Reports on Form 1-U with the SEC in order to report Confidential under Employment Agreements, the appointment of Stormy Simon to the position of CEO, disclose her employment agreement, and have the ability to  extend of the Offering until as late as June 30, 2020; and it is further

**RESOLVED**, that the Company be, and hereby is, authorized to sell the website domain www.420.com for a cash purchase price of not less than $350,000 and be it further; and it is further

**RESOLVED**, that the management of the Company be and they hereby are authorized to raise capital to timely pay the Company's D&O Insurance policy Premium prior to the January 13, 2020 cancellation date; and it is further

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

**RESOLVED**, that the Company be, and hereby is, authorized to terminate its present lease at 10990 Wilshire Blvd., Los Angeles and to enter into a one-year Lease of the property located at 815 Hampton Drive, Unit 1B, Venice, CA 90291, for a base rent of $10,000 per month, covering the period of January 1, 2020 and ending December 31, 2020; and be it

## GENERAL

**RESOLVED,** that the Executive Chairman of the Company (the "<u>Authorized Person</u>") be, and hereby is, authorized and directed to do and perform or cause to be done and performed all such acts, deeds and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates in the name of the Company and to retain such counsel, agents and advisors and to incur and pay such expenses, fees and taxes as shall, in the opinion of such Authorized Person executing the same, be deemed necessary or advisable (such necessity or advisability to be conclusively evidenced by the execution thereof) to effectuate or carry out fully the purpose and interest of all of the foregoing resolutions; and, that any and all such actions heretofore or hereafter taken by the Authorized Person relating to and within the terms of these resolutions be, and they hereby are, adopted, affirmed and approved in all respects as the act and deed of the Company; and it is further

**RESOLVED,** that the omission from these resolutions of any agreement or other arrangement contemplated by any of the agreements or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirements of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Person to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by and the intent and purposes of the foregoing resolutions; and it is further

**RESOLVED,** that any and all actions taken by the Authorized Person, or any of them, prior to the date of the foregoing resolutions adopted hereby, that are within the authority conferred thereby, are hereby ratified, confirmed and approved as the acts and deeds of the Company; and it is further

**RESOLVED,** that these resolutions may be executed in counterparts which, taken together, shall constitute one and the same document; and that these resolutions may be executed by facsimile or pdf or other electronic copies of the signatures of the undersigned, in which case any third party is entitled to rely on such signature as conclusive evidence that these resolutions have been executed by such director; and it is further

**RESOLVED,** that these resolutions shall be filed in the minute book of the Company and become part of the records of the Company.

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

07037

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

*[SIGNATURE PAGE]*

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors, have duly executed this consent as of January [ 5], 2020.

**BOARD OF DIRECTORS OF HIGHTIMES HOLDING CORP.**

_Adam Levin_
_____
Adam E. Levin

_____
Colleen Manley

_____
Justin Ehrlich

_____
Vicente Fox

_____
Stormy Simon

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

Exhibit A



Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

Exhibit B



Confidential under Employment Agreements



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800



Confidential under Employment Agreements

Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

Confidential under Employment Agreements



Doc ID: 44d2022510bb5fd34b650e3b0000315d74c8c800

 **HELLOSIGN**                                                                    Audit Trail

| | |
|---|---|
| **TITLE** | January 5th, 2020 Board Resolutions |
| **FILE NAME** | 1-3-2020 - Board ...Form 1-U (Dr.docx |
| **DOCUMENT ID** | 44d2022510bb5fd34b650e3b0000315d74c8c800 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Out For Signature |

## Document History

**SENT**
**01 / 06 / 2020**
01:48:34 UTC

Sent for signature to Adam Levin (adam@hightimes.com), Justin Ehrlich (Justin@veequities.com), Stormy Simon (stormy.simon@gmail.com), Collen Manley (colleen@goodsonmanleylaw.com) and Vicente Fox (grcjag@aol.com) from adam@hightimes.com
IP: 45.49.242.46

**VIEWED**
**01 / 06 / 2020**
01:48:42 UTC

Viewed by Adam Levin (adam@hightimes.com)
IP: 45.49.242.46

**VIEWED**
**01 / 06 / 2020**
02:00:14 UTC

Viewed by Justin Ehrlich (justin@veequities.com)
IP: 108.29.223.37

**VIEWED**
**01 / 06 / 2020**
02:18:31 UTC

Viewed by Stormy Simon (stormy.simon@gmail.com)
IP: 47.6.107.23

**SIGNED**
**01 / 06 / 2020**
01:48:55 UTC

Signed by Adam Levin (adam@hightimes.com)
IP: 45.49.242.46

**SIGNED**
**01 / 06 / 2020**
02:10:08 UTC

Signed by Justin Ehrlich (justin@veequities.com)
IP: 108.29.223.37

**01 / 06 / 2020**
02:25:17 UTC

Signed by Stormy Simon (stormy.simon@gmail.com)
IP: 47.6.107.23

07050

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | January 5th, 2020 Board Resolutions |
| **FILE NAME** | 1-3-2020 - Board ...Form 1-U (Dr.docx |
| **DOCUMENT ID** | 44d2022510bb5fd34b650e3b0000315d74c8c800 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Out For Signature |

Document History

| | | |
|---|---|---|
| ⊝ **INCOMPLETE** | **01** / **06** / **2020** <br> 02:25:17 UTC | This document has not been fully executed by all signers. |