UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MERLIN KAUFFMAN, an individual,   CASE NO:   3:20-cv-17-MMH-JBT

Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company,
Defendant.
_____/

## JOINT NOTICE REGARDING THE ORDER ON MOTION TO COMPEL AND FOR SANCTIONS (DOC. 104)

The parties herein file this Joint Notice Regarding the Order on Motion to Compel and For Sanctions (Doc. 104) ("Order") and state that the parties conferred via telephone and email and have agreed that Defendants shall forthwith pay to Plaintiff the total sum of $6,195.00 as the total sanction in connection with said Order.

WHEREFORE, the Parties submit this joint notice that Defendants will pay Plaintiff $6,195.00 in reasonable expenses pursuant to the Order. Plaintiff requests that the Court enter a sanction Order reflecting the same.


January 4, 2022        Respectfully Submitted:

                       */s/Darren Spielman*
                       Darren Spielman, Esq. (FL Bar No 10868)
                       DSpielman@Conceptlaw.com
                       Robert C. Kain, Jr., Esq. (FL Bar No. 266760)

        RKain@Conceptlaw.com
        The Concept Law Group, P.A.
        6400 N. Andrews Ave., Suite 500
        Fort Lauderdale, Fl 33309
        ph: 754-300-1500
        fax: 754-300-1501
        *Counsel for Plaintiff*


        /s/Jesse Haskins
        Jesse A. Haskins
        Fla. Bar No. 78974
        Jesse@jhaskinslaw.com
        J Haskins Law, PA
        10437 Canary Isle Drive
        Tampa, Florida 33647
        Telephone: (919)667-4689
        Attorney for Defendants

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on <u>January 4, 2022</u>, that the foregoing document is being filed via ECF which served same on all counsel of record identified below on the Service List via email.


        By:   */s/Darren Spielman*
                Darren Spielman

Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Attorney for Defendants