UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                                    CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION,
etc., et al.,

    Defendants.
_____/

## ORDER IMPOSING SANCTION

**THIS CAUSE** is before the Court on the parties' Joint Notice Regarding the Order on Motion to Compel and for Sanctions ("Notice") (Doc. 106). In the Notice, Plaintiff requests that the Court enter an order reflecting the parties' agreement that Defendants shall forthwith pay Plaintiff $6,195.00 as a sanction in accordance with the Court's Order on Plaintiff's Motion to Compel and for Sanctions (Doc. 104). (*See* Doc. 106.) The Court agrees that such an order is appropriate.

Accordingly, it is **ORDERED**:

**Forthwith but no later than January 14, 2022**, Defendants shall pay Plaintiff the sum of $6,195.00 as a sanction. The Court cautions Defendants that failure to pay Plaintiff by the above date will result in further violation of the Court's orders and may very well result in harsher sanctions.

**DONE AND ORDERED** in Jacksonville, Florida, on January 5, 2022.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record