UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

      Plaintiff,

v.                                            CASE NO. 3:20-cv-17-JBT

TRANS HIGH CORPORATION,
etc., et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' request for a status conference. (Doc. 124 at 4.) Prior to any such conference, the parties will be directed to file a joint notice as ordered below.

Accordingly, it is **ORDERED**:

**On or before June 28, 2022**, the parties shall confer and file a joint notice advising the Court of the following: (1) two alternate weeks for trial during either November 2022 or the first two weeks of December 2022; (2) whether a status conference is still requested and, if so, two proposed dates and times for the conference during the weeks of either August 1 or August 8, 2022, and an agenda therefor; (3) the general status of the parties' settlement discussions, and whether the parties request a settlement conference before a different U.S. magistrate judge; and (4) any other concerns the parties wish to bring to the Court's attention.

**DONE AND ORDERED** in Jacksonville, Florida, on June 14, 2022.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record