UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

      Plaintiff,

v.                                       CASE NO. 3:20-cv-17-JBT

TRANS HIGH CORPORATION,
etc., et al.,

      Defendants.
_____/

## ORDER SETTING VIDEO STATUS CONFERENCE

**THIS CAUSE** is before the Court on parties' Joint Notice Regarding New Trial Term and Status Conference (Doc. 133). Upon review, the Court finds that a status conference is appropriate.

Accordingly, it is **ORDERED**:

A status conference is hereby scheduled to take place before the Court on **August 8, 2022 at 10:00 a.m.** The status conference will be conducted by video teleconferencing using Zoom. The Courtroom Deputy will separately send participants the link. Information on how others can observe the proceeding can be found on the Court's website, www.flmd.uscourts.gov. Participants and observers should dress in appropriate attire and appear in front of an appropriate

professional background.  Recording, broadcasting, transmitting, or photographing any part of the proceedings is strictly prohibited.  See Local Rule 5.01.[1]

**DONE AND ORDERED** in Jacksonville, Florida, on June 29, 2022.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] The Court recognizes that Defendants' counsel may need a continuance of the status conference on short notice due to the anticipated birth of his child.