# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

## CIVIL ACTION NO: 3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company
    Defendant.
_____/

## JOINT NOTICE REGARDING SETTLEMENT STATUS

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"), by and through undersigned counsel, and pursuant to this Court's Order dated July 18, 2022 (Dkt. 135), hereby file this Joint Notice Regarding Settlement Status among Plaintiff and Defendants (collectively, the "Parties").

### I.    SETTLEMENT DISCUSSIONS

The Parties have conferred with one another concerning potential settlement. To date, the Parties have not reached an agreement.

### II.    INTENT TO CONTINUE MEDIATION

The Parties have agreed to further mediation and before previously appointed mediator Terrence E. Schmidt (See ECF 68). The Parties proactively scheduled a

1

mediation session for Thursday, September 29, 2022. Due to the differing locations of the parties and counsel, this mediation will take place via Zoom.

### III.  ADDITIONAL TIME REQUESTED BY THE PARTIES

The Parties request additional time to work towards a resolution of this matter through possible settlement with the assistance of this neutral mediator.

All remaining pretrial and trial deadlines are vacated pursuant to this Court's order dated June 9, 2022 (Dkt. 127).

Both Plaintiff's and Defendants' respective motions for summary judgment have not yet been ruled upon (Dkt. 111 and Dkt. 112, respectively).

Both Plaintiff's and Defendants' respective motions in limine have not yet been ruled upon (Dkt. 122 and Dkt. 123, respectively).

This matter is closed pursuant to this Court's order dated July 20, 2022 (Dkt. 136).

Counsel for Defendants continues to await the birth of his child.

August 8, 2022                               Respectfully Submitted:


/s/Darren Spielman                    /s/ Jesse Haskins
Darren Spielman, Esq.                 J HASKINS LAW, PA
(FL Bar No 10868)                     Attorney for Defendants
DSpielman@Conceptlaw.com              Jesse A. Haskins
Robert C. Kain, Jr., Esq.             10437 Canary Isle Drive
(FL Bar No. 266760)                   Tampa, Florida 33647
RKain@Conceptlaw.com                  Telephone: (919)667-4689
The Concept Law Group, P.A.           Jesse@jhaskinslaw.com

2

6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
*Counsel for Plaintiff*