UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO: 3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
    Defendant.
_____/

### JOINT NOTICE REGARDING MEDIATION AND NEGOTIATION STATUS

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"), by and through undersigned counsel, and pursuant to this Court's Order dated August 9, 2022 (Dkt. 138), hereby file this Joint Notice Regarding Mediation and Negotiation Status among Plaintiff and Defendants (collectively, the "Parties").

The Parties were scheduled to conduct mediation on September 29, 2022 (ECF 137). Unfortunately, both the Parties and the mediator's office were unable to conduct mediation due to hurricane Ian. The Mediator is located in Jacksonville, which was in the path of hurricane Ian. Defense counsel is located in Tampa which was also in the path.

Counsel for the Parties have been unable to reschedule the mediation prior to the October 13, 2022 deadline (Dkt. 138) due to pending deadlines in other cases,

1

availability of the parties, counsel and the mediator. Counsel for the Parties have been diligently conferring with one another and the mediator's office and have tentatively sought to reschedule the mediation for November 22, 2022.

The Parties request additional time to work towards a resolution of this matter through possible settlement with the assistance of this neutral mediator.

October 13, 2022                    Respectfully Submitted:

*/s/Darren Spielman*  
Darren Spielman, Esq.  
(FL Bar No 10868)  
DSpielman@Conceptlaw.com  
Robert C. Kain, Jr., Esq.  
(FL Bar No. 266760)  
RKain@Conceptlaw.com  
The Concept Law Group, P.A.  
6400 N. Andrews Ave., Suite 500  
Fort Lauderdale, Fl 33309  
ph: 754-300-1500  
*Counsel for Plaintiff*

*/s/ Jesse Haskins*  
J HASKINS LAW, PA  
Attorney for Defendants  
Jesse A. Haskins  
10437 Canary Isle Drive  
Tampa, Florida 33647  
Telephone: (919)667-4689  
Jesse@jhaskinslaw.com