UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO: 3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
    Defendant.
_____/

### JOINT NOTICE REGARDING MEDIATION RESULTS AND NEGOTIATION STATUS

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"), by and through undersigned counsel, and pursuant to this Court's Order dated October 14, 2022 (Dkt. 140), hereby file this Joint Notice Regarding Mediation Results and Negotiation Status among Plaintiff and Defendants (collectively, the "Parties").

The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. The parties are in the process of finalizing settlement terms and details. The Parties request all remaining deadlines remain stayed up through and including December 12 at which time the parties expect to provide a finalized report of whether this matter has been settled.

1

**November 30, 2022**                                      Respectfully Submitted:


*/s/ Darren Spielman*                      */s/ Jesse Haskins*
Darren Spielman, Esq.                      J HASKINS LAW, PA
(FL Bar No 10868)                          Attorney for Defendants
DSpielman@Conceptlaw.com                   Jesse A. Haskins
Robert C. Kain, Jr., Esq.                  10437 Canary Isle Drive
(FL Bar No. 266760)                        Tampa, Florida 33647
RKain@Conceptlaw.com                       Telephone: (919)667-4689
The Concept Law Group, P.A.                Jesse@jhaskinslaw.com
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
*Counsel for Plaintiff*