UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO: 3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New York company and HIGH TIMES HOLDING CORPORATION, a Delaware company
    Defendant.
_____/

## JOINT SETTLEMENT REPORT

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"; Plaintiff and Defendants collectively, the "Parties"), by and through undersigned counsel, and pursuant to this Court's Order dated January 5, 2023 (Dkt. 142), hereby file this Joint Settlement Report.

The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. Since then, the Parties have been working on terms for a settlement.

To date, the parties have reached an agreement in principle which requires Defendants to complete certain actions no later than January 31, in order for a settlement agreement to be effectuated. Given that timing, the parties respectfully ask the Court for one further extension of time to report back about whether a

settlement has been effectuated, and to provide such a report no later than February 3, 2023. This request is jointly put forth in good faith, and without any purposeful delay. The parties agree that no prejudice will result in any such additional extension.

| | |
|---|---|
| **January 19, 2023** | Respectfully Submitted: |

*/s/ Darren Spielman*  
Darren Spielman, Esq.  
(FL Bar No 10868)  
DSpielman@Conceptlaw.com  
Robert C. Kain, Jr., Esq.  
(FL Bar No. 266760)  
RKain@Conceptlaw.com  
The Concept Law Group, P.A.  
6400 N. Andrews Ave., Suite 500  
Fort Lauderdale, Fl 33309  
ph: 754-300-1500  
*Counsel for Plaintiff*

*/s/Jesse Haskins*  
J HASKINS LAW, PA  
Attorney for Defendants  
Jesse A. Haskins  
10437 Canary Isle Drive  
Tampa, Florida 33647  
Telephone: (919)667-4689  
Jesse@jhaskins.law