**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CIVIL ACTION NO: 3:20-cv-17- JBT**

MERLIN KAUFFMAN, an individual
  Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
  Defendant.
_____/

## JOINT SETTLEMENT REPORT

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"; Plaintiff and Defendants collectively, the "Parties"), by and through undersigned counsel, and pursuant to this Court's Order dated January 5, 2023 (Dkt. 142), hereby file this Joint Settlement Report.

The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. Since then, the Parties have been working on terms for extension deadlines established in the settlement agreement, and appropriate consideration for such extension.

To date, the parties have reached a mutual agreement in principle which requires Defendants to complete certain actions no later than February 21, 2023, in order for a settlement agreement to be effectuated. Given that timing, the parties

1

respectfully ask the Court for one further extension of time to report back about whether a settlement has been effectuated, and to provide such a report no later than March 1, 2023. This request is jointly put forth in good faith, and without any purposeful delay. The parties agree that no prejudice will result in any such additional extension.

Respectfully Submitted:

/s/
Darren Spielman, Esq.
(FL Bar No 10868)
DSpielman@Conceptlaw.com
Robert C. Kain, Jr., Esq.
(FL Bar No. 266760)
RKain@Conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Fl 33309
ph: 754-300-1500
*Counsel for Plaintiff*

/s/ Jesse Haskins
Jesse Haskins, Esq.
J HASKINS LAW, PA
Florida Bar No. 79874
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Jesse@jhaskins.law
*Counsel for Defendants*

2