UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO: 3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
    Defendant.
_____/

## JOINT SETTLEMENT REPORT

Plaintiff, Merlin Kauffman (the "Plaintiff"), and Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants"; Plaintiff and Defendants collectively, the "Parties"), by and through undersigned counsel, and pursuant to this Court's Order dated February 6, 2023 (Dkt. 146), hereby file this Joint Settlement Report.

The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. Since then, the Parties have been working on terms for a settlement.

The parties entered into a confidential Settlement Agreement on December 7, 2022 (and subsequently amended it on January 19, 2023 and amended it a second time on February 8, 2023). Plaintiff will pursue its remedies under the Settlement

1

Agreement under separate motion. Plaintiff requests from this Court 21 days to file such motion.

**March 1, 2023**                                   Respectfully Submitted:


/s/ Darren Spielman                         /s/Jesse Haskins
Darren Spielman, Esq.                       J HASKINS LAW, PA
(FL Bar No 10868)                           Florida Bar No. 78974
DSpielman@Conceptlaw.com                    Attorney for Defendants
Robert C. Kain, Jr., Esq.                   Jesse A. Haskins
(FL Bar No. 266760)                         10437 Canary Isle Drive
RKain@Conceptlaw.com                        Tampa, Florida 33647
The Concept Law Group, P.A.                 Telephone: (919)667-4689
6400 N. Andrews Ave., Suite 500             Jesse@jhaskins.law
Fort Lauderdale, Fl 33309
ph: 754-300-1500
*Counsel for Plaintiff*