# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**MERLIN KAUFFMAN, an individual,**

    Plaintiff,

v.                                                                              Civil Action No.: 3:20-cv-17-J-34JBT

**TRANS HIGH CORPORATION, a New York company, and HIGH TIMES HOLDING CORPORATION, a Delaware company,**

    Defendants.

_____

### ADDENDUM TO MEDIATED SETTLEMENT AGREEMENT ("Agreement")

WHEREAS on or about December 7, 2022, the parties executed a Mediated Settlement Agreement.

WHEREAS the parties seek to modify the Mediated Settlement Agreement with respect to the timing of the Settlement Payment and the resulting other provisions affected by such deadline.

NOW THERFORE, in consideration of the foregoing premises and of the mutual covenants and agreements contained in the Mediated Settlement Agreement, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree that the following terms shall be incorporated into the Mediated Settlement Agreement:

1. References to January 15, 2023 in paragraph 1 and 5 are now changed to January 31, 2023.
2. All other timelines and deadlines, premised on the prior January 15, 2023 date, are now equally modified in connection with the changed January 31, 2023 deadline, including but not limited to Mediated Settlement Agreement paragraphs 2,4,6,7,8, and 9.
3. Although Adam Levin, previously executed the Mediated Settlement Agreement as CEO, Adam Levin further confirms that he, as an authorized signatory of Trans High Corporation, and as the Executive Chairman of High Times Holding Corporation, represents and warrants that he has full authority to execute this Addendum on behalf of both Defendants and had full and proper authority to

Doc ID: 67ad9192700f53dd0065d01bf63ac0255784056127b

execute the original Mediated Settlement Agreement.

DATED: January 19, 2023

**TRANS HIGH CORPORATION**

By: *Adam Levin*
_____
Adam Levin
Its Executive Chairman

**HIGH TIMES HOLDING CORPORATION**
By: *Adam Levin*
_____.
Adam Levin
Its Executive Chariman

**MERLIN KAUFFMAN**

*Merlin Kauffman*
_____



Audit trail

| | |
|---|---|
| Title | 2023-01-19 Confidential Settlement Addendum.pdf |
| File name | 2023-01-19%20Conf...nt%20Addendum.pdf |
| Document ID | c73a51527e96e3da03fd0bd5ac2256f500581a7b |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
01 / 19 / 2023  
16:19:24 UTC  
Sent for signature to Trans High Corporation and High Times Holding Company (adam@hightimes.com) from admin@jhaskins.law  
IP: 72.41.0.34

**VIEWED**  
01 / 19 / 2023  
17:09:46 UTC  
Viewed by Trans High Corporation and High Times Holding Company (adam@hightimes.com)  
IP: 75.104.64.21

**SIGNED**  
01 / 19 / 2023  
21:01:37 UTC  
Signed by Trans High Corporation and High Times Holding Company (adam@hightimes.com)  
IP: 98.148.26.201

**COMPLETED**  
01 / 19 / 2023  
21:01:37 UTC  
The document has been completed.

Powered by Dropbox Sign

Doc ID: 47ed919c17cff51b0865b1ff63c00aa584b56a28



Audit trail

| | |
|---|---|
| Title | Addendum |
| File name | 2023-01-19 Confid...partial Adam).pdf |
| Document ID | 47ed919c17cff51b0865b1ff63c00aa584b56a28 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**
01 / 19 / 2023
16:51:56 UTC-5

Sent for signature to Merlin Kauffman (merlin@mediamatrix.com) from info@conceptlaw.com
IP: 23.24.171.145

**VIEWED**
01 / 19 / 2023
17:06:21 UTC-5

Viewed by Merlin Kauffman (merlin@mediamatrix.com)
IP: 107.122.105.115

**SIGNED**
01 / 19 / 2023
17:07:18 UTC-5

Signed by Merlin Kauffman (merlin@mediamatrix.com)
IP: 107.122.105.115

**COMPLETED**
01 / 19 / 2023
17:07:18 UTC-5

The document has been completed.

Powered by Dropbox Sign