# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MERLIN KAUFFMAN**, an individual,

    Plaintiff,

v.                                                    Civil Action No.: 3:20-cv-17-J-34JBT

**TRANS HIGH CORPORATION**, a New
York company, and **HIGH TIMES HOLDING
CORPORATION**, a Delaware company,

    Defendants.

_____

SECOND **ADDENDUM TO MEDIATED SETTLEMENT AGREEMENT ("Second Addendum")**

    WHEREAS on or about December 7, 2022, the parties executed a Mediated Settlement Agreement.

    WHEREAS, the parties executed an addendum to the Mediated Settlement Agreement ("First Addendum") with respect to the timing of the Settlement payment and the resulting other provisions affected by such deadline.

    WHEREAS the parties seek to further modify the Mediated Settlement Agreement with respect to the timing of the Settlement Payment, the resulting other provisions affected by such deadline, and additional transfer of interests in exchange for such modifications as to timing of the Settlement Payment;

    NOW THERFORE, in consideration of the foregoing premises and of the mutual covenants and agreements contained in the Mediated Settlement Agreement, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree that the following terms shall be incorporated into the Mediated Settlement Agreement as set forth below in this second addendum to the Mediated Settlement Agreement ("Second Addendum"):

1. This Second Addendum supersedes the First Addendum, so that the First Addendum is null and void.
2. References to January 15, 2023 in paragraph 1 and 5 of the Mediated Settlement

Agreement executed on December 7, 2022 are now changed to February 21, 2023.

3. All other timelines and deadlines, premised on the prior January 15, 2023 date, are now equally modified in connection with the changed February 21, 2023 deadline, including but not limited to Mediated Settlement Agreement paragraphs 2,4,6,7,8, and 9.

4. In consideration for the modifications set forth above, Merlin Kauffman does hereby agree to accept delivery by Hightimes Holding Corporation of a single issuance of a total of 5,000 stock units (priced at the current $11.00 per share issuance price, but in the event of the pre-anticipated 11 to 1 forward stock split Kauffman shall receive the appropriate number of shares) of Hightimes Holding Corporation's common stock valued at approximately $55,000 (the "Stock Payment"). With the exception of the anticipated stock split, fluctuations Merlin Kauffman acknowledges that the Stock Payment are unregistered securities and shall contain an appropriate restrictive legend unless registered for resale under the Securities Act of 1933, as amended (the "Securities Act") under Rule 144. Within thirty (30) days of the date this agreement is fully executed, Hightimes Holding Corporation shall provide Merlin Kauffman a stock certificate evidencing the Stock Payment or confirm Merlin Kauffman's ownership of the Stock Payment, as recorded and held electronically for the benefit of Merlin Kauffman on the books and records of Hightimes Holding Corporation and its transfer agent, V Stock Transfer, LLC.

5. Although Adam Levin, previously executed the Mediated Settlement Agreement as CEO, Adam Levin further confirms that he, as an authorized signatory of Trans High Corporation, and as the Executive Chairman of High Times Holding Corporation, represents and warrants that he has full authority to execute this Second Addendum on behalf of both Defendants and had full and proper authority to execute the original Mediated Settlement Agreement.

DATED: February 3, 2023

**TRANS HIGH CORPORATION**
By: *Adam Levin*
Adam Levin
Its Executive Chairman

**HIGH TIMES HOLDING CORPORATION**
By: *Adam Levin*.
Adam Levin
Its Executive Chariman

**MERLIN KAUFFMAN**
_____



Audit trail

| | |
|---|---|
| **Title** | Second Addendum to Mediated Settlement Agreement (Kauffman... |
| **File name** | Second Addendum 2-3-1149.pdf |
| **Document ID** | 33563706c56bd890976115878e4378f8a6bdd237 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | 02 / 03 / 2023<br>17:03:13 UTC-5 | Sent for signature to Merlin Kauffman (merlin@mediamatrix.com) from info@conceptlaw.com<br>IP: 23.24.171.145 |
| VIEWED | 02 / 03 / 2023<br>17:27:05 UTC-5 | Viewed by Merlin Kauffman (merlin@mediamatrix.com)<br>IP: 70.45.177.156 |
| SIGNED | 02 / 03 / 2023<br>17:27:25 UTC-5 | Signed by Merlin Kauffman (merlin@mediamatrix.com)<br>IP: 70.45.177.156 |
| COMPLETED | 02 / 03 / 2023<br>17:27:25 UTC-5 | The document has been completed. |

Powered by Dropbox Sign

Doc ID: 2f17306921d1a78104827687230a6f100ed4f939



Audit trail

| | |
|---|---|
| Title | Second_Addendum_to_Mediated_Settlement_Agreement__Kauffman_v... |
| File name | Second_Addendum_t...._-merlin_med.pdf |
| Document ID | 2f17306921d1a78104827687230a6f100ed4f939 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — **02 / 04 / 2023** 00:15:14 UTC
Sent for signature to Trans High Corporation and High Times Holding Company (adam@hightimes.com) from admin@jhaskins.law
IP: 72.41.0.151

**VIEWED** — **02 / 08 / 2023** 00:43:47 UTC
Viewed by Trans High Corporation and High Times Holding Company (adam@hightimes.com)
IP: 178.148.78.89

**SIGNED** — **02 / 08 / 2023** 00:44:32 UTC
Signed by Trans High Corporation and High Times Holding Company (adam@hightimes.com)
IP: 178.148.78.89

**COMPLETED** — **02 / 08 / 2023** 00:44:32 UTC
The document has been completed.

Powered by Dropbox Sign