UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CIVIL ACTION NO: 3:20-cv-17- JBT**

MERLIN KAUFFMAN, an individual
    Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company
    Defendant.
_____/

**FINAL JUDGEMENT**

THIS CAUSE is before the Court on Plaintiff, Merlin Kauffman's, Motion for Entry of Final Default Judgement against Defendants, Trans High Corporation and High Times Holding Company (collectively, "Defendants").

Plaintiff filed a complaint for breach of contract related to Plaintiff's purchase of the domain www.420.com from Defendants. (ECF 1). The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. On December 7, 2022, the Parties entered into and fully executed a written settlement agreement, which was further amended twice. Among other obligations the Second Amended Settlement Agreement required Defendants to pay a Settlement Payment and to provide stock units of Defendant High Times to Plaintiff.

1

Pursuant to the terms of the Second Amended Settlement Agreement, Plaintiff filed his Motion for Default Judgement. The Court finds that Defendants are in Default under the terms of the Second Amended Settlement Agreement and that Plaintiff is entitled to entry of a judgment against Defendants.

The Court **GRANTS** Plaintiff's Motion for Final Default Judgement and Accordingly, it is ORDERED:

a. Judgment is entered against Defendants, jointly and severally, in the amount of $380,000.00 which sum is comprised of the following components:

   i. Defendants shall return $307,500.00 to Plaintiff, reflecting the sum paid as a deposit on behalf of Plaintiff to Defendants in late December 2019 and which continues to be held by Defendants as a deposit for Plaintiff's intended purchase of the domain www.420.com (the "Domain").

   ii. Defendants shall pay to Plaintiff in the amount of $72,500.00 constituting the negotiated amount of pre-settlement interest, attorneys fees, and expenses pursuant to the Settlement Agreement.

b. Defendant High Times shall issue the greater of 5,000 units of common stock or the amount of stock units of Hightimes Holding Corporation's common stock valued at $55,000 on the date of issuance.

c. Defendants shall pay the full cost of the mediation fee charged by Mediator Terrance E. Schmidt, said fee not to exceed three thousand one hundred fifty

dollars ($3,150.00), for the mediation that occurred on November 22, 2022.

d. This judgment shall accrue post judgment interest from the date of entry in the amount permitted by law.

e. Plaintiff shall be entitled to costs and reasonable attorneys' fees incurred by Plaintiff in seeking the enforcement of the Settlement Agreement and entry judgment. The Court reserves jurisdiction and ruling to determine any request for attorneys fees and costs pursuant to a timely filed motion under F.R.C.P. 54.

f. Defendants shall complete, under oath, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney within thirty (30) days from the date of this final judgment, unless the terms identified in sections a, b and c above are satisfied before that time, or post-judgment discovery is stayed.

g. The Court retains jurisdiction to enter further orders to enforce the Settlement Agreement, and the terms of this judgment.

h. All other pending relief requested by the Parties in this action is denied as moot.

For which sums and judgment let execution issue.

DONE AND ORDERED in Jacksonville, Florida, on _____ 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Counsel of Record