UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO:  3:20-cv-17- JBT

MERLIN KAUFFMAN, an individual
     Plaintiff,

v.

TRANS HIGH CORPORATION, a New
York company, and HIGH TIMES HOLDING
CORPORATION, a Delaware company,
     Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court on the Parties' Motion for Entry of Final Judgment ("Motion"). (Doc. 149.)

Plaintiff filed a complaint for breach of contract related to Plaintiff's purchase of the domain www.420.com from Defendants. (Doc. 1.) The Parties conducted a second mediation on November 22, 2022 before mediator Terrence E. Schmidt. On December 7, 2022, the Parties entered into and fully executed a written settlement agreement, which was further amended twice. Among other obligations the Second Amended Settlement Agreement required Defendants to pay a Settlement Payment and to provide stock units of Defendant High Times to Plaintiff.

Pursuant to the terms of the Second Amended Settlement Agreement, the Parties filed the Motion. The Parties agree that Defendants are in Default under

1

the terms of the Second Amended Settlement Agreement and that Plaintiff is entitled to entry of a judgment against Defendants.

Accordingly, it is **ORDERED AND ADJUDGED**:

a. The Motion (**Doc. 149**) is **GRANTED**.

b. Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $380,000.00 which sum is comprised of the following components:

   i. Defendants shall return $307,500.00 to Plaintiff, reflecting the sum paid as a deposit on behalf of Plaintiff to Defendants in late December 2019 and which continues to be held by Defendants as a deposit for Plaintiff's intended purchase of the domain www.420.com (the "Domain").

   ii. Defendants shall pay to Plaintiff the amount of $72,500.00 constituting the negotiated amount of pre-settlement interest, attorneys fees, and expenses pursuant to the Settlement Agreement.

c. Defendant High Times shall issue the greater of 5,000 units of common stock or the amount of stock units of High Times Holding Corporation's common stock valued at $55,000 on the date of issuance.

d. Defendants shall pay the full cost of the mediation fee charged by Mediator Terrance E. Schmidt, said fee not to exceed three thousand one hundred fifty

2

dollars ($3,150.00), for the mediation that occurred on November 22, 2022.[1]

e.  This judgment shall accrue post judgment interest from the date of entry at the statutory rate set forth in 28 U.S.C. § 1961.

f.  Plaintiff shall be entitled to costs and reasonable attorneys' fees incurred by Plaintiff in seeking the enforcement of the Settlement Agreement and entry of judgment. The Court reserves jurisdiction and ruling to determine any request for attorneys fees and costs pursuant to a timely filed motion under Federal Rule of Civil Procedure 54 and Local Rule 7.01.

g.  Defendants shall complete, under oath, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney within sixty (60) days from the date of this final judgment, unless the terms identified in sections b, c, and d above are satisfied before that time, or post-judgment discovery is stayed.

h.  The Court retains jurisdiction to enter further orders to enforce the Settlement Agreement, and the terms of this Judgment.

i.  All other pending relief requested by the Parties in this action is denied as moot.

For which sums and judgment let execution issue.

---

[1] However, this agreement is binding only on the parties hereto, and not on Mr. Schmidt.

3

**DONE AND ORDERED** in Jacksonville, Florida, on March 29, 2023.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Counsel of Record