UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERLIN KAUFFMAN,
an individual,

    Plaintiff,

v.                                       CASE NO. 3:20-cv-17-MMH-JBT

TRANS HIGH CORPORATION, a New
York company and HIGH TIMES HOLDING
CORPORATION, a Delaware company

    Defendants.
_____/

**DEFENDANTS' MOTION FOR 14-DAY
EXTENSION OF TIME TO COMPLY WITH FINAL JUDGMENT**

Defendants Trans High Corporation and High Times Holding Company (collectively, "Defendants") move for a fourteen (14) day extension of time to comply with the Final Judgment entered on March 29, 20123 and state in support:

1. Pursuant to paragraph (g) of the Final Judgment, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) is due on May 30, 2023.

2. Defendants cannot complete the Fact Information Sheet by May 30, 2023 because 1) Defendants' controller has been unavailable for the past two weeks due to covid and 2) Defendants' audit team has been responding to a request from the Securities and Exchange Commission over the past four to six weeks.

1

3. Defendants intend to issue payment to Mr. Schmidt no later than June 6, 2023, to satisfy paragraph d of the Final Judgment.

4. Defendants will issue stock to Mr. Kauffman on May 31, 2023.

**WHEREFORE**, Defendants respectfully request:

Extension of fourteen (14) days to complete Florida Rule of Civil Procedure Form 1.977, so that such form will be due on June 13, 2023.

Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I certify that on May 30, 2023, the undersigned counsel conferred by telephone with Plaintiff's counsel in a good faith effort to resolve this request for extension of time. Based on such conferral, the undersigned anticipates that Plaintiff will object, although Plaintiff's counsel is not able to confirm Plaintiff's position.

Respectfully submitted,

/s/ Jesse Haskins
Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919) 667-4689
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2023, the foregoing documents have been furnished by e-portal to Darren Spielman, Concept Law Group, PA, 6400 N. Andrews Ave., Suite 500, Ft Lauderdale, FL 33309; (754) 300-1500; rkain@complexip.com and DSpielman@ConceptLaw.com.

/s/ Jesse Haskins
Jesse A. Haskins
Fla. Bar No. 78974
Jesse@jhaskinslaw.com
J Haskins Law, PA
10437 Canary Isle Drive
Tampa, Florida 33647
Telephone: (919)667-4689
Attorney for Defendants